# Exhibit C

# Exhibit C (a)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

| | |
|---|---|
| **ДОГОВІР ІНВЕСТИЦІЙНОГО БАНКІВСЬКОГО ВКЛАДУ № 01-07-2010** | **INVESTMENT AGREEMENT № 01-07-2010** |

| | |
|---|---|
| м. Київ,                    07 липня 2010р. | Kiev,                    07 july 2010 |

| | |
|---|---|
| **АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Морозовою Т.О., приватним нотаріусом Київського міського нотаріального округу 18.06.2010р. за реєстровим №3571, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цей договір про наступне: | **JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Morozova T.O. and registered in notary book under #3571 dd 18.06.2010 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows: |

| | |
|---|---|
| **1.Предмет Договору.** 1.1. «ІНВЕСТОР» з метою отримання процентів, розміщує на вкладному інвестиційному рахунку в «БАНКУ» грошові кошти як інвестиційний вклад, на умовах цього Договору. | **1. Object of the Agreement.** 1.1. The INVESTOR with the aim of getting interest places on the investment account in the BANK funds as the investment payment according to the terms of this AGREEMENT. |

| | |
|---|---|
| **2.Сума вкладу.** 2.1. «ІНВЕСТОР» передає, а «БАНК» приймає інвестиційний вклад (надалі ВКЛАД) в сумі 15 000 000,00 (п'ятнадцять мільйонів) доларів США. 2.2. «ІНВЕСТОР» зараховує зазначену в п.2.1 суму вкладу, протягом 90 (дев'яносто) банківських днів з моменту підписання сторонами цього договору, шляхом безготівкового перерахування на рахунок № ██████2301 у «БАНКУ». | **2. The amount of the investment.** 2.1. The INVESTOR entrusts and the BANK accept an investment payment in the amount of 15 000 000,00 ( fifteen millions) US dollars. 2.2 The INVESTOR places the amount specified in clause 2.1.within 90 (ninety) banking days starting from the moment of signing this Agreement by parties, by making non-cash payment to the account # ██████2301 in the BANK. |

## 3. Термін дії договору.

3.1 Початком дії договору є дата підписання цього договору.

3.2 Датою повернення вкладу є 370-й календарний день з дати зарахування в повному обсязі суми інвестиційного вкладу, вказаної в п.2.1, при умові отримання «БАНКОМ» письмового повідомлення «ІНВЕСТОРА» щодо повернення вкладу.

3.3 У випадку не отримання письмового повідомлення зазначеного в п.3.2 цього Договору та відсутності заперечень з боку Банку, строк Вкладу за цим Договором вважається продовженим на кожні наступні 370 календарних днів без підписання Сторонами відповідних додаткових угод до цього Договору. У разі продовження строку вкладу днем повернення вкладу є кожний 370-й календарний день, який обчислюється з попередньої дати повернення вкладу.

У випадку, якщо день повернення вкладу припадає на небанківський день, повернення вкладу здійснюється на наступний банківський день.

«ІНВЕСТОР» погоджується з тим, що у випадку, якщо Банк заперечує проти продовження строку вкладу, Банк здійснює повернення вкладу та нарахованих процентів на рахунок, визначений в цьому Договорі, на дату повернення вкладу.

## 4. Порядок нарахування та сплати процентів.

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.

4.2 Проценти на вклад нараховуються від дня, наступного за днем надходження суми вкладу або її частини на інвестиційний рахунок. Кінцем періоду нарахування є день, який передує даті повернення вкладу.

4.3 Проценти на вклад нараховуються в валюті вкладу, щомісячно в останній

## 3. Term of the investment.

3.1 Effective date is a date of signing this Agreement by parties.

3.2 Date of repayment of the Investment amount is 370th calendar day from the date of transfer of investment amount, specified in Clause 2.1, in full, provided the «BANK» with a written notice by «INVESTOR» regarding repayment of the Investment.

3.3 In the case of non receipt of written notice specified in Clause 3.2. of this Agreement and without any objection from the BANK, length of investment according to this Agreement is extended for the next every 370 days without signing any additional agreement to this Agreement. In the case of extension of investment term, the date of repayment is every 370th day from the day, which is calculated from the previous repayment date.

If the date of repayment is non banking day, the repayment is performed on the next banking day.

The INVESTOR agrees that in the case of BANK's objection connecting to extension of investment term, the repayment of investment and accrued interest is performed to the account, specified in this Agreement, on the date of repayment.

## 4. Interest accruing.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 11,5 (eleven point five tenths) percent annually.

4.2. Interests on the investment are charged from the day, following after the date of receipt of investment amount or any share of it to the investment account. The end of interest-paying period is a day, which predate to the date of investment refund.

4.3 Interests for the investment are

робочий день поточного місяця, та перераховуються на рахунок «ІНВЕСТОРА» протягом 5 (п'яти) банківських днів. При розрахунку процентів кількість днів у році та місяці приймається за фактичну.

4.4 Сплата процентів за вкладом та повернення суми вкладу після закінчення терміну дії даного Договору здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LTD)
Адреса: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Банк отримувача:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus  SWIFT: HEBACY 2 NLIM
IBAN: CY ████████████9101
**Рахунок отримувача:** № ████████91-01

## 5. Особливі умови.

5.1 Відповідно до вимог чинного законодавства України Інвестор не має права вимагати дострокового повернення суми Вкладу.

5.2 Проценти на вклад оподатковуються згідно норм відповідного міжнародного договору України з питань уникнення подвійного оподаткування.

## 6. Інші умови.

6.1 Даний договір складений українською та англійською мовами у двох екземплярах, що мають однакову юридичну силу, по одному для кожної сторони. У випадку виникнення спорів або розбіжностей текст українською мовою має переважну силу.

6.2 Усі доповнення та зміни до даного Договору повинні бути зроблені в письмовій формі, підписані уповноважними представниками обох сторін і скріплені їх печатками.

6.3 Даний Договір регулюється

---

accrued on the monthly basis on the last business day of each month and are transferred to the INVESTOR's account within next five business days. For interests accruing number of days in year and in month is accepted as actual.

4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Beneficiary:**  ZUKK TRADING LTD
Beneficiary`s address:  Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus  SWIFT: HEBACY 2 NLIM
IBAN: CY 4100500████████████9101
**Beneficiary's Account #** ████████91-01

## 5. Special conditions.

5.1 Subject to the current Ukrainian law the Investor shall not possess the right of withdrawal the investment amount.

5.2 Investment interest shall be subject to the tax in accordance with the norms provided by the International Double Tax Treaty signed by Ukraine.

## 6. Other conditions.

6.1 The present Agreement is drawn up Ukraine and English languages in two copies, one for each of the parties, both with equal legal force. In the event that any disputes or controversies arise, the preference shall be given to the text in Ukrainian language.

6.2 Any amendments or supplement to the present Agreement must be drown up in writing, signed by the authoritative representatives of both parties and sealed.

6.3 The present Agreement shall be regulated by the substantive law of Ukraine.

законодавством України.

6.4. Спори по цьому договору вирішуються у відповідності з чинним законодавством України.

6.4 Any disputes arising out of the present contract or in connection with it is to be settled in accordance with the Ukrainian legislation.

**Юридичні адреси і платіжні реквізити сторін**
*«БАНК»*
«the BANK»

**Legal Addresses and Payment Requisites of the Parties.**
*«ІНВЕСТОР»*
**«The INVESTOR»**

**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
#    3719

**Beneficiary:  ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:                              9101
**Beneficiary's Account**
Acc          91-01

Підписи
*«БАНК»*
the BANK

Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А. Скідан)
Volodymyr (Anatoliyovich Skidan)

Signatures
*«ІНВЕСТОР»*
the INVESTOR

Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода № 1** **До Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року** | **Additional agreement #1** **to the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010** |

| | |
|---|---|
| м.Київ,                11 липня 2011р. | Kiev,                11 july 2011 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

JSC «Brokbusinessbank», a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows:

1. Пункт 4.1 Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року викласти в наступній редакції:
4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 9 (дев'ять) процентів річних.

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010 should mean the following:
4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 9 (nine point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 11 липня 2011 року.

# 01-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 11 Jul 2011.

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
**«the BANK»**

**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #███3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**and Payment Requisites of the Parties.**
**«ІНВЕСТОР»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:████████████9101
**Beneficiary`s Account**
 Acc ████████91-01

Підписи
**«БАНК»**
**the BANK**
Перший заступник
 Голови Правління
 First Deputy Chairman of the Board

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Директор
Director

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

(Крістіс Крістодулу)
(Christis Christodoulou)

| | |
|---|---|
| ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО<br>«БРОКБІЗНЕСБАНК» | PUBLIC JOINT STOCK COMPANY<br>«BROKBUSINESSBANK» |

| | |
|---|---|
| **Додаткова угода № 2**<br>**До Договору інвестиційного**<br>**банківського вкладу**<br>**№ 01-07-2010 від 07 липня 2010 року** | **Additional agreement #2**<br>**to the INVESTMENT AGREEMENT**<br>**# 01-07-2010 as of 07 Jul 2010** |

| | |
|---|---|
| м. Київ,            17 травня 2012 р. | Kiev,                    17 may 2012 |

| | |
|---|---|
| **АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Гунтіса Берзінса, який діє на підставі Довіреності, з іншої сторони, уклали Додаткову угоду № 2 До Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року (надалі «Додаткова угода № 2») про наступне: | **JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Guntis Berzins acting on the authority of power of attorney, on the other part, have concluded this Additional agreement #2 to the INVESTMENT AGREEMENT # 01-07-2010 dd 07th July 2010(hereafter - Additional agreement #2) about the following: |

| | |
|---|---|
| 1.Пункт 3.2 Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року викласти в наступній редакції:<br>3.2 Датою повернення вкладу є «16» грудня 2013 року. | 1. Paragraph 3.2 of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010 should mean the following:<br><br>3.2 Date of repayment of the Investment amount is 16 December 2013. |

| | |
|---|---|
| 2. Пункт 3.3 Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року виключити. | 2. To exclude the paragraph 3.3 of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010. |

| | |
|---|---|
| 3. Інші умови Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року залишаються без | 3.        Other conditions of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010 remain unchanged. |

змін.

| | |
|---|---|
| 4. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року. | 4. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010. |
| 5. Додаткова угода набуває чинності з моменту її укладення сторонами. | 5. This additional agreement is effective from the date of its conclusion. |

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
  SWIFT: BKTRUS33
  #▮▮▮▮3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**And Payment Requisites of the Parties.**
**«IHBECTOP»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
JSC «Brokbusinessbank»
Kiev, Ukraine

**Beneficiary's Account**
 Acc▮▮▮▮▮▮▮3000

Підписи
**«БАНК»**
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

Signatures
**«IHBECTOP»**
**the INVESTOR**
Довірена особа
The Authorised Representative

(Гунтіс Берзінс)
(Guntis Berzins)

ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО
«БРОКБІЗНЕСБАНК»

PUBLIC JOINT STOCK COMPANY
"BROKBUSINESSBANK"

Додаткова угода № 3
До Договору інвестиційного
банківського вкладу
№ 01-07-2010 від 07 липня 2010 року

Additional agreement #3
to the INVESTMENT AGREEMENT
# 01-07-2010 as of 07 Jul 2010

м.Київ,                    30 листопада 2012 р.

Kiev,                    30 November 2012

АТ «БРОКБІЗНЕСБАНК», юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Банку Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 03.07.2012р. за реєстровим №1316, (надалі – «БАНК»), з однієї сторони, та Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED), юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

JSC «Brokbusinessbank», a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Skidan Volodymyr Anatoliyovich, acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1316 dd 03.07.2012 (hereinafter, referred to as the BANK), on the one part, and company ZUKK TRADING LIMITED, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows:

1.Пункт 4.1 Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року викласти в наступній редакції:
4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 10 (десять) процентів річних.

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010 should mean the following:
4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 10 (ten point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 01-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT #

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 01-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 01 грудня 2012 року.

01-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 01 December 2012.

### Юридичні адреси і платіжні реквізити сторін
### «БАНК»
### «the BANK»

**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #▮▮▮3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

### Legal Addresses
### and Payment Requisites of the Parties.
### «ІНВЕСТОР»
### «The INVESTOR»

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN▮▮▮▮▮▮▮▮▮▮▮▮9101
**Beneficiary's Account**
 Acc ▮▮▮▮▮▮91-01

Підписи
*«БАНК»*
the BANK
Перший заступник
 Голови Правління
First Deputy Chairman of the Board

(В.А.Скідан)
(Volodymyr (Anatoliyovich) Skidan)

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| **ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»** | **PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»** |

**Додаткова угода №5 до договору інвестиційного банківського вкладу №01-07-2010 від «07» липня 2010 року**

**Additional agreement #5 to the INVESTMENT AGREEMENT №01-07-2010 as of July 07, 2010**

м. Київ «09» серпня 2013 року

Kiev August 09, 2013

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі керуючого Київським головним регіональним відділенням Публічного акціонерного товариства «БРОКБІЗНЕСБАНК» Мигаля Сергія Миколайовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу «13» лютого 2013 року за реєстровим №103 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали що Додаткову угоду № 5 від «09» серпня 2013 року до Договору інвестиційного банківського вкладу №01-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

**JSC «BROKBUSINESSBANK»**, a legal entity registered and acting under the laws of Ukraine, represented by the Head of Kiev Main Regional branch Sergiy Mygal acting under the Warrant #103 dated as of February 13, 2013, notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the "BANK"), on the one part, and company "**ZUKK TRADING LIMITED**", a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the "INVESTOR") represented by Berzins Guntis on the other part, have entered into a present Additional agreement #5 to the INVESTMENT AGREEMENT №01-07-2010 as of July 07, 2010 (hereinafter referred to as the "AGREEMENT") as follows:

1. Пункт 3.2. ДОГОВОРУ викласти в новій редакції:
«3.2. Датою повернення «ВКЛАДУ» є «25» грудня 2014 року.»

1. Article 3.2. of the AGREEMENT shall be amended as follows:
"3.2. Repayment Date of the "INVESTMENT" is set on December 25, 2014"

2. Пункт 4.1. ДОГОВОРУ викласти в новій редакції:
«4.1. «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.»

2. Article 4.1. of the AGREEMENT shall be amended as follows:
"4.1. The BANK accrues and repays to the INVESTOR the interests at the rate – not less than 11,5 (eleven point five) percent per annum.

3. Нараховані проценти за грудень 2013 року Банк сплачує ІНВЕСТОРУ 31 грудня 2013р.

3. The interests accrued for December 2013 shall be repaid by the BANK to the INVESTOR on December 31, 2013.

4. Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.

4. Additional agreement is an integral part of the AGREEMENT and shall take effect upon its signing and sealing by the Parties.

5. Додаткова угода складена у двох

5. Additional agreement drawn up in two

примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

copies, each being equally valid, one for each party.

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company
Americas
SWIFT: BKTRUS33
Рахунок №███3719
БАНК ОТРИМУВАЧ:
АТ «Брокбізнесбанк»
03057, Україна, м. Київ,
проспект Перемоги, 41
SWIFT: BRBBUAUX

_____ **М.П.**
**С.М. Мигаль**
**Керуючий Київським головним**
**регіональним відділенням**
**АТ «Брокбізнесбанк»**

**Legal Addresses**
**and Bank Details of the Parties**
**« BANK»**
INTERMEDIARY BANK:
Deutsche Bank Trust Company
Americas
SWIFT: BKTRUS33
Account ███3719
BENEFICIARY BANK:
JSC «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ **Seal**
**S. Mygal**
**Head of Kiev Main Regional branch**
**JSC «BROKBUSINESSBANK»**

**«ІНВЕСТОР»**
**Отримувач: «ЗУКК ТРЕЙДІНГ**
**ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос
Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:**
№███3001

_____ **М.П.**
**Берзінс Гунтіс**
**Довірена особа**
**ЗУКК ТРЕЙДІНГ ЛІМІТЕД**

**«INVESTOR»**
**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS
CENTER, BLOCK B, Office 305 Limassol,
Cyprus.

**Beneficiary's Bank:**
JSC « BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
**Beneficiary's Account**
███3001

_____ **Seal**
**Berzins Guntis**
**Authorized representative**
**ZUKK TRADING LTD**

| ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК» | PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK» |
|---|---|

**Додаткова угода №4 до договору інвестиційного банківського вкладу №01-07-2010 від «07» липня 2010 року**

**Additional agreement #4 to the INVESTMENT AGREEMENT №01-07-2010 as of July 07, 2010**

м. Київ,                         «27» березня 2013 року

Kiev,                         March 27, 2013

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого Заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу 20.03.2013р. за реєстровим №212 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД»** **(ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду №4 від «27» березня 2013 року (надалі – Додаткова угода) до Договору банківського вкладу №01-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan acting under the Warrant #212 dated as of March 20st, 2013 notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the «BANK»), on the one part, and company **«ZUKK TRADING LIMITED»**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the «INVESTOR») represented by Berzins Guntis on the other part, have entered into a present Additional agreement #4 to the INVESTMENT AGREEMENT №01-07-2010 as of July 07, 2010 (hereinafter referred to as the «AGREEMENT») as follows:

**1.** Пункт 4.4. Договору викласти в новій редакції:
«4.4. Сплата процентів за «ВКЛАДОМ» та повернення суми «ВКЛАДУ» після закінчення строку «ВКЛАДУ» здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**1.** Article 4.4. of the AGREEMENT shall be amended as follows:
«4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б ,Офіс №305 Лімасол, Кіпр.

**Beneficiary:** ZUKK TRADING LTD
Beneficiary`s address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** № ▓▓▓▓▓ 3001»

**Beneficiary's Bank:**
JSC «Brokbusinessbank», Kiev, Ukraine
SWIFT: BRBB UA UXXXX
**Beneficiary's Account** ▓▓▓▓▓ 3001»

**2.** Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.
**3.** Додаткова угода складена у двох примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

2. Additional agreement is an integral part of the Agreement and shall take effect upon signature and sealed by the Parties.
3. Additional agreement drawn up in two copies having equal legal force, one for each party.

**300249 - АТ "БРОКБІЗНЕСБАНК"**

26.03.2014 17:04:11

**Виписка по особовому рахунку №** ████████ **2301 за період з 01.01.2014 по 25.03.2014**
840     Долар США
*ДОВГОСТР.ДЕП.НЕР.-ІНВ.КОМП."ЗУКК ТРЕЙДІНГ ЛІМІТЕД*
ЄДРПО

|                          |            |
|--------------------------|------------|
| Поперед. пров.:          | 07.07.2010 |
| Поперед. пров. екв.:     | 09.07.2012 |

**Залишок на початок періоду**                                    15 000 000,00
**Екв.:**                                                         119 895 000,00

Курс НБУ на 07.02.2014 : 870,8000 за 100
Курс НБУ на 10.02.2014 : 852,8200 за 100
Курс НБУ на 11.02.2014 : 855,3200 за 100
Курс НБУ на 12.02.2014 : 855,0700 за 100
Курс НБУ на 14.02.2014 : 863,0900 за 100
Курс НБУ на 17.02.2014 : 864,0500 за 100
Курс НБУ на 18.02.2014 : 864,5800 за 100
Курс НБУ на 19.02.2014 : 868,6900 за 100
Курс НБУ на 20.02.2014 : 878,5200 за 100
Курс НБУ на 21.02.2014 : 883,8000 за 100
Курс НБУ на 24.02.2014 : 893,8000 за 100
Курс НБУ на 25.02.2014 : 903,7700 за 100
Курс НБУ на 26.02.2014 : 942,6900 за 100
Курс НБУ на 27.02.2014 : 951,7900 за 100
Курс НБУ на 28.02.2014 : 998,6300 за 100
Курс НБУ на 03.03.2014 : 969,9400 за 100
Курс НБУ на 04.03.2014 : 999,2400 за 100
Курс НБУ на 05.03.2014 : 972,4100 за 100
Курс НБУ на 06.03.2014 : 944,8900 за 100
Курс НБУ на 07.03.2014 : 938,7900 за 100
Курс НБУ на 11.03.2014 : 923,5900 за 100
Курс НБУ на 12.03.2014 : 929,7500 за 100
Курс НБУ на 13.03.2014 : 928,2300 за 100
Курс НБУ на 14.03.2014 : 947,5900 за 100
Курс НБУ на 17.03.2014 : 960,0700 за 100
Курс НБУ на 18.03.2014 : 975,6800 за 100
Курс НБУ на 19.03.2014 : 995,9800 за 100
Курс НБУ на 20.03.2014 : 991,7800 за 100
Курс НБУ на 21.03.2014 : 1 010,9200 за 100
Курс НБУ на 24.03.2014 : 1 019,6500 за 100
Курс НБУ на 25.03.2014 : 1 037,6200 за 100

| **Обороти за період:** | 0,00 | 0,00 |
|---|---|---|
| **Еквівалент:** | 19 243 500,00 | 54 991 500,00 |
| **Залишок по закінченню періоду** | | 15 000 000,00 |
| **Екв.:** | | 155 643 000,00 |

АТ "БРОКБІЗНЕСБАНК"
МФО 300249
Ідент. код 19357489
Київське головне
регіональне відділення
Відп. виконавець №30

# Exhibit C (b)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* «БРОКБІЗНЕСБАНК» | *PUBLIC JOINT STOCK COMPANY* *«BROKBUSINESSBANK»* |

| ДОГОВІР ІНВЕСТИЦІЙНОГО БАНКІВСЬКОГО ВКЛАДУ № 02-07-2010 | INVESTMENT AGREEMENT № 02-07-2010 |
|---|---|

| м. Київ,      07 липня 2010р. | Kiev,      07 july 2010 |
|---|---|

**AT «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Морозовою Т.О., приватним нотаріусом Київського міського нотаріального округу 18.06.2010р. за реєстровим №3571, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цей договір про наступне:

JSC «Brokbusinessbank», a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Morozova T.O. and registered in notary book under #3571 dd 18.06.2010 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows:

**1.Предмет Договору.**

**1. Object of the Agreement.**

1.1. «ІНВЕСТОР» з метою отримання процентів, розміщує на вкладному інвестиційному рахунку в «БАНКУ» грошові кошти як інвестиційний вклад, на умовах цього Договору.

1.1. The INVESTOR with the aim of getting interest places on the investment account in the BANK funds as the investment payment according to the terms of this AGREEMENT.

**2.Сума вкладу.**

**2. The amount of the investment.**

2.1. «ІНВЕСТОР» передає, а «БАНК» приймає інвестиційний вклад (надалі - ВКЛАД) в сумі 15 000 000,00 (п'ятнадцять мільйонів ) доларів США.

2.1. The INVESTOR entrusts and the BANK accept an investment payment in the amount of 15 000 000,00 ( fifteen millions) US dollars.

2.2. «ІНВЕСТОР» зараховує зазначену в п.2.1 суму вкладу, протягом 90 (дев'яносто) банківських днів з моменту підписання сторонами цього договору, шляхом безготівкового перерахування на рахунок № ▆▆▆▆▆▆▆2311 у «БАНКУ».

2.2 The INVESTOR places the amount specified in clause 2.1.within 90 (ninety) banking days starting from the moment of signing this Agreement by parties, by making non-cash payment to the account # ▆▆▆▆▆▆2311 in the BANK.

## 3. Термін дії договору.

3.1 Початком дії договору є дата підписання цього договору.

3.2 Датою повернення вкладу є 370-й календарний день з дати зарахування в повному обсязі суми інвестиційного вкладу, вказаної в п.2.1, при умові отримання «БАНКОМ» письмового повідомлення «ІНВЕСТОРА» щодо повернення вкладу.

3.3 У випадку не отримання письмового повідомлення зазначеного в п.3.2 цього Договору та відсутності заперечень з боку Банку, строк Вкладу за цим Договором вважається продовженим на кожні наступні 370 календарних днів без підписання Сторонами відповідних додаткових угод до цього Договору. У разі продовження строку вкладу днем повернення вкладу є кожний 370-й календарний день, який обчислюється з попередньої дати повернення вкладу.
У випадку, якщо день повернення вкладу припадає на небанківський день, повернення вкладу здійснюється на наступний банківський день.
ІНВЕСТОР погоджується з тим, що у випадку, якщо Банк заперечує проти продовження строку вкладу, Банк здійснює повернення вкладу та нарахованих процентів на рахунок, визначений в цьому Договорі, на дату повернення вкладу.

## 4. Порядок нарахування та сплати процентів.

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.

4.2 Проценти на вклад нараховуються від дня, наступного за днем надходження суми вкладу або її частини на інвестиційний рахунок. Кінцем періоду нарахування є день,

## 3. Term of the investment.

3.1 Effective date is a date of signing this Agreement by parties.

3.2 Date of repayment of the Investment amount is 370th calendar day from the date of transfer of investment amount, specified in Clause 2.1, in full, provided the «BANK» with a written notice by «INVESTOR» regarding repayment of the Investment.

3.3 In the case of non receipt of written notice specified in Clause 3.2. of this Agreement and without any objection from the BANK, length of investment according to this Agreement is extended for the next every 370 days without signing any additional agreement to this Agreement. In the case of extension of investment term, the date of repayment is every 370th day from the day, which is calculated from the previous repayment date.

If the date of repayment is non banking day, the repayment is performed on the next banking day.

The INVESTOR agrees that in the case of BANK's objection connecting to extension of investment term, the repayment of investment and accrued interest is performed to the account, specified in this Agreement, on the date of repayment.

## 4. Interest accruing.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 11,5 (eleven point five tenths) percent annually.

4.2. Interests on the investment are charged from the day, following after the date of receipt of investment amount or any share of it to the investment account. The end of interest-paying period is a day,

| Ukrainian | English |
|---|---|
| який передує даті повернення вкладу. | which predate to the date of investment refund. |

4.3 Проценти на вклад нараховуються у валюті вкладу, щомісячно в останній робочий день поточного місяця, та перераховуються на рахунок «ІНВЕСТОРА» протягом 5 (п'яти) банківських днів. При розрахунку процентів кількість днів у році та місяці приймається за фактичну.

4.3 Interests for the investment are accrued on the monthly basis on the last business day of each month and are transferred to the INVESTOR's account within next five business days. For interests accruing number of days in year and in month is accepted as actual.

4.4 Сплата процентів за вкладом та повернення суми вкладу після закінчення терміну дії даного Договору здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LTD)
Адреса: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Банк отримувача:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus SWIFT: HEBACY 2 NLIM
IBAN: ████████████████9101
Рахунок отримувача: №████████91-01

**Beneficiary:** ZUKK TRADING LTD
Beneficiary`s address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus SWIFT: HEBACY 2 NLIM
IBAN: ████████████████9101
**Beneficiary's Account**████████91-01

### 5. Особливі умови.

5.1 Відповідно до вимог чинного законодавства України Інвестор не має права вимагати дострокового повернення суми Вкладу.

5.2 Проценти на вклад оподатковуються згідно норм відповідного міжнародного договору України з питань уникнення подвійного оподаткування.

### 5. Special conditions.

5.1 Subject to the current Ukrainian law the Investor shall not possess the right of withdrawal the investment amount.

5.2 Investment interest shall be subject to the tax in accordance with the norms provided by the International Double Tax Treaty signed by Ukraine.

### 6. Інші умови.

6.1 Даний договір складений українською та англійською мовами у двох екземплярах, що мають однакову юридичну силу, по одному для кожної сторони. У випадку виникнення спорів або розбіжностей текст українською мовою має переважну силу.

### 6. Other conditions.

6.1 The present Agreement is drawn up Ukraine and English languages in two copies, one for each of the parties, both with equal legal force. In the event that any disputes or controversies arise, the preference shall be given to the text in Ukrainian language.
6.2 Any amendments or supplement to the

6.2 Узгодження та зміни до даного Договору повинні бути зроблені в письмовій формі, підписані повноважними представниками обох сторін і скріплені їх печатками.

6.2 ... present Agreement must be drown up in writing, signed by the authoritative representatives of both parties and sealed.

6.3 Даний Договір регулюється законодавством України.

6.3 The present Agreement shall be regulated by the substantive law of Ukraine.

6.4. Спори по цьому договору вирішуються у відповідності з чинним законодавством України.

6.4 Any disputes arising out of the present contract or in connection with it is to be settled in accordance with the Ukrainian legislation.

**Юридичні адреси і платіжні реквізити сторін**
*«БАНК»*
«the BANK»
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #████3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**and Payment Requisites of the Parties.**
*«ІНВЕСТОР»*
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN ████████████9101
**Beneficiary's Account**
 Acc ██████91-01

**Підписи**
*«БАНК»*
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А. Скідан)
Volodymyr (Anatoliyovich) Skidan

**Signatures**
*«ІНВЕСТОР»*
**the INVESTOR**
Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou )

ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО
«БРОКБІЗНЕСБАНК»

PUBLIC JOINT STOCK COMPANY
«BROKBUSINESSBANK»

Додаткова угода № 1
До Договору інвестиційного
банківського вкладу
№ 02-07-2010 від 07 липня 2010 року

Additional agreement #1
to the INVESTMENT AGREEMENT
# 02-07-2010 as of 07 Jul 2010

м. Київ,                    11 липня 2011р.

Kiev,                       11 july 2011

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали що додаткову угоду про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Additional Agreement as follows:

1. Пункт 4.1 Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року викласти в наступній редакції:

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 9 (дев'ять) процентів річних.

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 should mean the following:

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 9 (nine point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 11 липня 2011 року.

of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 11 Jul 2011.

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #███3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**and Payment Requisites of the Parties.**
**«IHBECTOP»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:███████████████9101
**Beneficiary's Account**
 Acc ███████91-01

Підписи
**«БАНК»**
**the BANK**
Перший заступник
 Голови Правління
 First Deputy Chairman of the Board

Signatures
**«IHBECTOP»**
**the INVESTOR**
Директор
Director

 (В.А. Скідан)
 (Volodymyr (Anatoliyovich) Skidan)

(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* «БРОКБІЗНЕСБАНК» | *PUBLIC JOINT STOCK COMPANY* «BROKBUSINESSBANK» |

**Додаткова угода № 2
До Договору інвестиційного
банківського вкладу
№ 02-07-2010 від 07 липня 2010 року**

**Additional agreement #2
to the INVESTMENT AGREEMENT
# 02-07-2010 as of 07 Jul 2010**

м. Київ,                          17 травня 2012 р. | Kiev,                          17 may 2012

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Гунтіса Берзінса, який діє на підставі Довіреності, з іншої сторони, уклали Додаткову угоду № 2 До Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року (надалі «Додаткова угода № 2») про наступне:

JSC «Brokbusinessbank», a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Guntis Berzins acting on the authority of power of attorney, on the other part, have concluded this Additional agreement #2 to the INVESTMENT AGREEMENT # 02-07-2010 dd 07th July 2010(hereafter - Additional agreement #2) about the following:

1.Пункт 3.2 Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року викласти в наступній редакції:
3.2 Датою повернення вкладу є «16» грудня 2013 року.

1. Paragraph 3.2 of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 should mean the following:
3.2 Date of repayment of the Investment amount is 16 December 2013.

2. Пункт 3.3 Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року виключити.

2. To exclude the paragraph 3.3 of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010.

3. Інші умови Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року залишаються без

3. Other conditions of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 remain unchanged.

змін.

4. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року.

5. Додаткова угода набуває чинності з моменту її укладення сторонами.

4. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010.

5. This additional agreement is effective from the date of its conclusion by parties.

**Юридичні адреси і платіжні реквізити сторін**
*«БАНК»*
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #███3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**And Payment Requisites of the Parties.**
**«ІНВЕСТОР»**
**«The INVESTOR»**
**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
JSC «Brokbusinessbank»
Kiev, Ukraine

**Beneficiary's Account**
 Acc ███████3000

Підписи
*«БАНК»*
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Довірена особа
The Authorised Representative

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

(Гунтіс Бурзінс)
(Guntis Berzins)

*ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО*
**«БРОКБІЗНЕСБАНК»**

*PUBLIC JOINT STOCK COMPANY*
***«BROKBUSINESSBANK»***

**Додаткова угода № 3**
**До Договору інвестиційного**
**банківського вкладу**
**№ 02-07-2010 від 07 липня 2010 року**

**Additional agreement #3**
**to the INVESTMENT AGREEMENT**
**# 02-07-2010 as of 07 Jul 2010**

м. Київ, 30 листопада 2012 р.

Kiev, 30 November 2012

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Банку Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 03.07.2012р. за реєстровим №1316, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Skidan Volodymyr Anatoliyovich, acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1316 dd 03.07.2012 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Additional Agreement as follows:

1.Пункт 4.1 Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року викласти в наступній редакції:

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 should mean the following:

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 10 (десять ) процентів річних.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 10 (ten point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 02-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 02-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 01 грудня 2012 року.

# 02-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 01 December 2012.

**Юридичні адреси і платіжні реквізити сторін**
***«БАНК»***
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company
Americas
 SWIFT: BKTRUS33
 #███3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses
and Payment Requisites of the Parties.**
***«IHBECTOP»***
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:████████████████9101
**Beneficiary's Account**
 Acc :██████████91-01

Підписи
***«БАНК»***
**the BANK**
Перший заступник
 Голови Правління
 First Deputy Chairman of the Board

(В.А.Скідан)
(Volodymyr  (Anatoliyovich) Skidan)

Signatures
***«IHBECTOP»***
**the INVESTOR**
Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| **ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»** | **PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»** |

**ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»**

**Додаткова угода №4 до договору інвестиційного банківського вкладу №02-07-2010 від «07» липня 2010 року**

м. Київ,                          «27» березня 2013 року

      **АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого Заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу 20.03.2013р. за реєстровим №212 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду №4 від «27» березня 2013 року (надалі – Додаткова угода) до Договору банківського вкладу №02-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

**1.** Пункт 4.4. Договору викласти в новій редакції:
«4.4. Сплата процентів за «ВКЛАДОМ» та повернення суми «ВКЛАДУ» після закінчення строку «ВКЛАДУ» здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б , Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** №▮▮▮▮▮▮3001»

**2.** Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.
**3.** Додаткова угода складена у двох примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

---

**PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»**

**Additional agreement #4 to the INVESTMENT AGREEMENT №02-07-2010 as of July 07, 2010**

Kiev,                          March 27, 2013

**JSC «Brokbusinessbank»,** a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan acting under the Warrant #212 dated as of March 20st, 2013 notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the «BANK»), on the one part, and company **«ZUKK TRADING LIMITED»,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the «INVESTOR») represented by Berzins Guntis on the other part, have entered into a present Additional agreement #4 to the INVESTMENT AGREEMENT №02-07-2010 as of July 07, 2010 (hereinafter referred to as the «AGREEMENT») as follows:

**1.** Article 4.4. of the AGREEMENT shall be amended as follows:
«4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Beneficiary:** ZUKK TRADING LTD
Beneficiary`s address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.

**Beneficiary's Bank:**
JSC «Brokbusinessbank», Kiev, Ukraine
SWIFT: BRBB UA UXXXX
**Beneficiary's Account** ▮▮▮▮▮3001»

**2.** Additional agreement is an integral part of the Agreement and shall take effect upon signature and sealed by the Parties.
**3.** Additional agreement drawn up in two copies having equal legal force, one for each party.

| | |
|---|---|
| **Юридичні адреси і платіжні реквізити сторін**<br>**«БАНК»** | **Legal Addresses and Bank Details of the Parties.**<br>**«BANK»** |

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок № ███3719
БАНК ОТРИМУВАЧ:
АТ «БРОКБІЗНЕСБАНК»
03057, Україна, м. Київ,
Проспект Перемоги ,41
SWIFT: BRBBUAUX

**М.П.**

**Скідан В.А.**
**Перший заступник Голови Правління**
**АТ «БРОКБІЗНЕСБАНК»**

INTERMEDIARY BANK:
Deutsche Bank Trust Company
Americas
SWIFT: BKTRUS33
Account # ███3719
BENEFICIARY BANK:
JSK «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

**Seal**

**V. Skidan**
**First Deputy Chairman of the Board**
**JSK «BROKBUSINESSBANK»**

**«ІНВЕСТОР»**
**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос
Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача: №** ███████3001

**«INVESTOR»**
**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS
CENTER, BLOCK B, Office 305 Limassol,
Cyprus.
Beneficiary's Bank:
JSK «BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
Beneficiary's Account
# ███████3001

_____ М.П.
Берзінс Гунтіс
Довірена особа
ЗУКК ТРЕЙДІНГ ЛІМІТЕД

_____ Seal
Berzins Guntis
Authorized representative
ZUKK TRADING LTD

| | |
|---|---|
| **ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»** | **PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»** |

**Додаткова угода №5 до договору інвестиційного банківського вкладу №02-07-2010 від «07» липня 2010 року**

**Additional agreement #5 to the INVESTMENT AGREEMENT №02-07-2010 as of July 07, 2010**

| | |
|---|---|
| м. Київ «09» серпня 2013 року | Kiev August 09, 2013 |

**АТ «БРОКБІЗНЕСБАНК»,** юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі керуючого Київським головним регіональним відділенням Публічного акціонерного товариства «БРОКБІЗНЕСБАНК» Мигаля Сергія Миколайовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу «13» лютого 2013 року за реєстровим №103 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду № 5 від «09» серпня 2013 року до Договору інвестиційного банківського вкладу №02-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

**JSC «BROKBUSINESSBANK»,** a legal entity registered and acting under the laws of Ukraine, represented by the Head of Kiev Main Regional branch Sergiy Mygal acting under the Warrant #103 dated as of February 13, 2013, notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the "BANK"), on the one part, and company **ZUKK TRADING LIMITED",** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the "INVESTOR") represented by Berzins Guntis on the other part, have entered into a present Additional agreement #5 to the INVESTMENT AGREEMENT №02-07-2010 as of July 07, 2010 (hereinafter referred to as the "AGREEMENT") as follows:

1. Пункт 3.2. ДОГОВОРУ викласти в новій редакції:
«3.2. Датою повернення «ВКЛАДУ» є «25» грудня 2014 року.»

1. Article 3.2. of the AGREEMENT shall be amended as follows:
"3.2. Repayment Date of the "INVESTMENT" is set on December 25, 2014"

2. Пункт 4.1. ДОГОВОРУ викласти в новій редакції:
«4.1. «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.»

2. Article 4.1. of the AGREEMENT shall be amended as follows:
"4.1. The BANK accrues and repays to the INVESTOR the interests at the rate – not less than 11,5 (eleven point five) percent per annum.

3. Нараховані проценти за грудень 2013 року Банк сплачує ІНВЕСТОРУ 31 грудня 2013р.

3. The interests accrued for December 2013 shall be repaid by the BANK to the INVESTOR on December 31, 2013.

4. Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.

4. Additional agreement is an integral part of the AGREEMENT and shall take effect upon its signing and sealing by the Parties.

5. Додаткова угода складена у двох

5. Additional agreement drawn up in two

примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

copies, each being equally valid, one for each party.

**Юридичні адреси і платіжні реквізити сторін**

**«БАНК»**

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок № ███3719
БАНК ОТРИМУВАЧ:
АТ «Брокбізнесбанк»
03057, Україна, м. Київ,
проспект Перемоги, 41
SWIFT: BRBBUAUX

_____ **М.П.**

**С.М. Мигаль**
**Керуючий Київським головним регіональним відділенням АТ «Брокбізнесбанк»**

**«ІНВЕСТОР»**
**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:**
№ ███████3001

_____ **М.П.**

**Берзінс Гунтіс**
**Довірена особа**
**ЗУКК ТРЕЙДІНГ ЛІМІТЕД**

**Legal Addresses
and Bank Details of the Parties**

**« BANK»**

INTERMEDIARY BANK:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Account # ███3719
BENEFICIARY BANK:
JSC «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ Seal

**S. Mygal**
**Head of Kiev Main Regional branch
JSC «BROKBUSINESSBANK»**

**«INVESTOR»**
**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS CENTER, BLOCK B, Office 305 Limassol, Cyprus.

**Beneficiary's Bank:**
JSC « BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
**Beneficiary's Account**
# ███████3001

_____ Seal

**Berzins Guntis**
**Authorized representative
ZUKK TRADING LTD**

300249 - АТ "БРОКБІЗНЕСБАНК" 26.03.2014 17:04:23

**Виписка по особовому рахунку №** _____ **2311 за період з 01.01.2014 по 25.03.2014**
840    Долар США
*ДОВГОСТР.ДЕП.НЕР.-ІНВ.КОМП."ЗУКК ТРЕЙДІНГ ЛІМІТЕД*
ЄДРПО

|  |  |  |
|---|---|---|
| | Поперед. пров.: | 07.07.2010 |
| | Поперед. пров. екв.: | 09.07.2012 |
| **Залишок на початок періоду** | | 15 000 000,00 |
| **Екв.:** | | 119 895 000,00 |

Курс НБУ на 07.02.2014 : 870,8000 за 100
Курс НБУ на 10.02.2014 : 852,8200 за 100
Курс НБУ на 11.02.2014 : 855,3200 за 100
Курс НБУ на 12.02.2014 : 855,0700 за 100
Курс НБУ на 14.02.2014 : 863,0900 за 100
Курс НБУ на 17.02.2014 : 864,0500 за 100
Курс НБУ на 18.02.2014 : 864,5800 за 100
Курс НБУ на 19.02.2014 : 868,6900 за 100
Курс НБУ на 20.02.2014 : 878,5200 за 100
Курс НБУ на 21.02.2014 : 883,8000 за 100
Курс НБУ на 24.02.2014 : 893,8000 за 100
Курс НБУ на 25.02.2014 : 903,7700 за 100
Курс НБУ на 26.02.2014 : 942,6900 за 100
Курс НБУ на 27.02.2014 : 951,7900 за 100
Курс НБУ на 28.02.2014 : 998,6300 за 100
Курс НБУ на 03.03.2014 : 969,9400 за 100
Курс НБУ на 04.03.2014 : 999,2400 за 100
Курс НБУ на 05.03.2014 : 972,4100 за 100
Курс НБУ на 06.03.2014 : 944,8900 за 100
Курс НБУ на 07.03.2014 : 938,7900 за 100
Курс НБУ на 11.03.2014 : 923,5900 за 100
Курс НБУ на 12.03.2014 : 929,7500 за 100
Курс НБУ на 13.03.2014 : 928,2300 за 100
Курс НБУ на 14.03.2014 : 947,5900 за 100
Курс НБУ на 17.03.2014 : 960,0700 за 100
Курс НБУ на 18.03.2014 : 975,6800 за 100
Курс НБУ на 19.03.2014 : 995,9800 за 100
Курс НБУ на 20.03.2014 : 991,7800 за 100
Курс НБУ на 21.03.2014 : 1 010,9200 за 100
Курс НБУ на 24.03.2014 : 1 019,6500 за 100
Курс НБУ на 25.03.2014 : 1 037,6200 за 100

| | | | |
|---|---|---|---|
| **Обороти за період:** | | 0,00 | 0,00 |
| **Еквівалент:** | | 19 243 500,00 | 54 991 500,00 |
| **Залишок по закінченню періоду** | | | 15 000 000,00 |
| **Екв.:** | | | 155 643 000,00 |

АТ "БРОКБІЗНЕСБАНК"
МФО 300249
Ідент. код 19357489
Київське головне
регіональне відділення
Відп. виконавець №30

**Виконавець: Степаненко Тетяна Вікторівна**                                        1/1

# Exhibit C (c)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

| | |
|---|---|
| ### ДОГОВІР ІНВЕСТИЦІЙНОГО БАНКІВСЬКОГО ВКЛАДУ № 03-07-2010 | ### INVESTMENT AGREEMENT № 03-07-2010 |

| | |
|---|---|
| м.Київ, 07 липня 2010р. | Kiev, 07 july 2010 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Морозовою Т.О., приватним нотаріусом Київського міського нотаріального округу 18.06.2010р. за реєстром №3571, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цей договір про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Morozova T.O. and registered in notary book under #3571 dd 18.06.2010 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows:

### 1.Предмет Договору.
1.1. «ІНВЕСТОР» з метою отримання процентів, розміщує на вкладному інвестиційному рахунку в «БАНКУ» грошові кошти як інвестиційний вклад, на умовах цього Договору.

### 1. Object of the Agreement.
1.1. The INVESTOR with the aim of getting interest places on the investment account in the BANK funds as the investment payment according to the terms of this AGREEMENT.

### 2.Сума вкладу.
2.1. «ІНВЕСТОР» передає, а «БАНК» приймає інвестиційний вклад (надалі ВКЛАД) в сумі 15 000 000,00 (п'ятнадцять мільйонів ) доларів США.
2.2. «ІНВЕСТОР» зараховує зазначену в п.2.1 суму вкладу, протягом 90 (дев'яносто) банківських днів з моменту підписання сторонами цього договору, шляхом безготівкового перерахування на рахунок № ▮▮▮▮▮2321 у «БАНКУ».

### 2. The amount of the investment.
2.1. The INVESTOR entrusts and the BANK accept an investment payment in the amount of 15 000 000,00 ( fifteen millions) US dollars.
2.2 The INVESTOR places the amount specified in clause 2.1.within 90 (ninety) banking days starting from the moment of signing this Agreement by parties, by making non-cash payment to the account # ▮▮▮▮▮2321 in the BANK.

## 3. Термін дії договору.

3.1 Початком дії договору є дата підписання цього договору.

3.2 Датою повернення вкладу є 370-й календарний день з дати зарахування в повному обсязі суми інвестиційного вкладу, вказаної в п.2.1, при умові отримання «БАНКОМ» письмового повідомлення «ІНВЕСТОРА» щодо повернення вкладу.

3.3 У випадку не отримання письмового повідомлення зазначеного в п.3.2 цього Договору та відсутності заперечень з боку Банку, строк Вкладу за цим Договором вважається продовженим на кожні наступні 370 календарних днів без підписання Сторонами відповідних додаткових угод до цього Договору. У разі продовження строку вкладу днем повернення вкладу є кожний 370-й календарний день, який обчислюється з попередньої дати повернення вкладу.
У випадку, якщо день повернення вкладу припадає на небанківський день, повернення вкладу здійснюється на наступний банківський день.
ІНВЕСТОР погоджується з тим, що у випадку, якщо Банк заперечує проти продовження строку вкладу, Банк здійснює повернення вкладу та нарахованих процентів на рахунок, визначений в цьому Договорі, на дату повернення вкладу.

### 4. Порядок нарахування та сплати процентів.

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.

4.2 Проценти на вклад нараховуються від дня, наступного за днем надходження суми вкладу або її частини на інвестиційний рахунок. Кінцем періоду нарахування є день, який передує даті повернення вкладу.

## 3. Term of the investment.

3.1 Effective date is a date of signing this Agreement by parties.

3.2 Date of repayment of the Investment amount is 370th calendar day from the date of transfer of investment amount, specified in Clause 2.1, in full, provided the «BANK» with a written notice by «INVESTOR» regarding repayment of the Investment.

3.3 In the case of non receipt of written notice specified in Clause 3.2. of this Agreement and without any objection from the BANK, length of investment according to this Agreement is extended for the next every 370 days without signing any additional agreement to this Agreement. In the case of extension of investment term, the date of repayment is every 370th day from the day, which is calculated from the previous repayment date.

If the date of repayment is non banking day, the repayment is performed on the next banking day.

The INVESTOR agrees that in the case of BANK's objection connecting to extension of investment term, the repayment of investment and accrued interest is performed to the account, specified in this Agreement, on the date of repayment.

### 4. Interest accruing.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 11,5 (eleven point five tenths) percent annually.

4.2. Interests on the investment are charged from the day, following after the date of receipt of investment amount or any share of it to the investment account.
The end of interest-paying period is a day, which predate to the date of investment refund.

4.3 Проценти на вклад нараховуються у валюті вкладу, щомісячно в останній робочий день поточного місяця, та перераховуються на рахунок ІНВЕСТОРА протягом 5 (п'яти) банківських днів. При розрахунку процентів кількість днів у році та місяці приймається за фактичну.

4.4 Сплата процентів за вкладом та повернення суми вкладу після закінчення терміну дії даного Договору здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LTD)
**Адреса:** Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Банк отримувача:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus SWIFT: HEBACY 2 NLIM
IBAN: ▮▮▮▮▮▮▮9101
**Рахунок отримувача:** № ▮▮▮▮▮▮91-01

### 5. Особливі умови.

5.1 Відповідно до вимог чинного законодавства України Інвестор не має права вимагати дострокового повернення суми Вкладу.

5.2 Проценти на вклад оподатковуються згідно норм відповідного міжнародного договору України з питань уникнення подвійного оподаткування.

### 6. Інші умови.

6.1 Даний договір складений українською та англійською мовами у двох екземплярах, що мають однакову юридичну силу, по одному для кожної сторони. У випадку виникнення спорів або розбіжностей текст українською мовою має переважну силу.

6.2 Усі доповнення та зміни до даного Договору повинні бути зроблені в письмової формі, підписані повноважними представниками обох

---

4.3 Interests for the investment are accrued on the monthly basis on the last business day of each month and are transferred to the INVESTOR's account within next five business days. For interests accruing number of days in year and in month is accepted as actual.

4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Beneficiary:** ZUKK TRADING LTD
Beneficiary`s address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus SWIFT: HEBACY 2 NLIM
IBAN: ▮▮▮▮▮▮▮9101
**Beneficiary's Account #** ▮▮▮▮▮▮91-01

### 5. Special conditions.

5.1 Subject to the current Ukrainian law the Investor shall not possess the right of withdrawal the investment amount.

5.2 Investment interest shall be subject to the tax in accordance with the norms provided by the International Double Tax Treaty signed by Ukraine.

### 6. Other conditions.

6.1 The present Agreement is drawn up Ukraine and English languages in two copies, one for each of the parties, both with equal legal force. In the event that any disputes or controversies arise, the preference shall be given to the text in Ukrainian language.

6.2 Any amendments or supplement to the present Agreement must be drown up in writing, signed by the authoritative

сторін і скріплені їх печатками. | representatives of both parties and sealed.

6.3 Даний Договір регулюється законодавством України.

6.3 The present Agreement shall be regulated by the substantive law of Ukraine.

6.4. Спори по цьому договору вирішуються у відповідності з чинним законодавством України.

6.4 Any disputes arising out of the present contract or in connection with it is to be settled in accordance with the Ukrainian legislation.

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
■4■719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**and Payment Requisites of the Parties.**
**«ІНВЕСТОР»**
**«The INVESTOR»**

**Beneficiary: ZUKK TRADING LTD**
Beneficiary`s address: Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN: ■■■■■9101
**Beneficiary's Account**
Acc ■■■■■91-01

Підписи
**«БАНК»**
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

**Додаткова угода № 1**
**До Договору інвестиційного**
**банківського вкладу**
**№ 03-07-2010 від 07 липня 2010 року**

**Additional agreement #1**
**to the INVESTMENT AGREEMENT**
**# 03-07-2010 as of 07 Jul 2010**

м.Київ,                    11 липня 2011р.

Kiev,                           11 july 2011

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі - "ІНВЕСТОР"), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Additional Agreement as follows:

1.Пункт 4.1 Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року викласти в наступній редакції:
4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 9 (дев'ять) процентів річних.

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 should mean the following:
4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 9 (nine point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 11 липня 2011 року.

of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 11 Jul 2011.

**Юридичні адреси і платіжні**
**реквізити сторін**
*«БАНК»*
«the BANK»
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company
Americas
 SWIFT: BKTRUS33
 #████3719

**BENEFICIARY BANK:**
JSC "Brokbusinessbank"
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**and Payment Requisites of the Parties.**
«ІНВЕСТОР»
«The INVESTOR»
**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:████████████9101
**Beneficiary's Account**
 Acc████████91-01

Підписи
*«БАНК»*
the BANK
Перший заступник
Голови Правління
First Deputy Chairman of the Board

Signatures
«ІНВЕСТОР»
the INVESTOR
Директор
Director

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

(Крістіс Крістодулу)
(Christis Christodoulou)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

**Додаткова угода № 2**
**До Договору інвестиційного банківського вкладу**
**№ 03-07-2010 від 07 липня 2010 року**

**Additional agreement #2**
**to the INVESTMENT AGREEMENT**
**# 03-07-2010 as of 07 Jul 2010**

м. Київ,                17 травня 2012 р.

Kiev,                17 may 2012

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Гунтіса Берзінса, який діє на підставі Довіреності, з іншої сторони, уклали Додаткову угоду № 2 До Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року (надалі «Додаткова угода № 2») про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Guntis Berzins acting on the authority of power of attorney, on the other part, have concluded this Additional agreement #2 to the INVESTMENT AGREEMENT # 03-07-2010 dd 07th July 2010(hereafter - Additional agreement #2) about the following:

1.Пункт 3.2 Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року викласти в наступній редакції:
3.2 Датою повернення вкладу є «16» грудня 2013 року.

1. Paragraph 3.2 of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 should mean the following:
3.2 Date of repayment of the Investment amount is 16 December 2013.

2. Пункт 3.3 Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року виключити.

2. To exclude the paragraph 3.3 of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010.

3. Інші умови Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року залишаються без

3. Other conditions of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 remain unchanged.

змін.

4. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року.

5. Додаткова угода набуває чинності з моменту її укладення сторонами.

**Юридичні адреси і платіжні реквізити сторін**
*«БАНК»*
«the BANK»
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #████3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

Підписи
*«БАНК»*
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

---

4. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010.

5. This additional agreement is effective from the date of its conclusion by parties.

**Legal Addresses**
**And Payment Requisites of the Parties.**
**«ІНВЕСТОР»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
JSC «Brokbusinessbank»
Kiev, Ukraine

**Beneficiary's Account**
 Acc ████████3000

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Довірена особа
The Authorised Representative

(Гунтіс Берзінс)
(Guntis Berzins)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

**Додаткова угода № 3**
**До Договору інвестиційного**
**банківського вкладу**
**№ 03-07-2010 від 07 липня 2010 року**

**Additional agreement #3**
**to the INVESTMENT AGREEMENT**
**# 03-07-2010 as of 07 Jul 2010**

м. Київ, 30 листопада 2012 р.

Kiev, 30 November 2012

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Банку Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 03.07.2012р. за реєстровим №1316, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr.Skidan Volodymyr Anatoliyovich, acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1316 dd 03.07.2012 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Additional Agreement as follows:

1. Пункт 4.1 Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року викласти в наступній редакції:
4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 10 (десять) процентів річних.

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 should mean the following:

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 10 (ten point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 03-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 01 грудня 2012 року.

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
#███3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

Підписи
**«БАНК»**
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А.Скідан)
(Volodymyr  (Anatoliyovich)  Skidan)

---

of the INVESTMENT AGREEMENT # 03-07-2010 as of 07 Jul 2010.

4. This additional agreement is effective from 01 December 2012.

**Legal Addresses**
**and Payment Requisites of the Parties.**
**«ІНВЕСТОР»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:████████████████9101
**Beneficiary's Account**
Acc ████████91-01

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| **ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»** | **PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода №4 до договору інвестиційного банківського вкладу №03-07-2010 від «07» липня 2010 року** | **Additional agreement #4 to the INVESTMENT AGREEMENT №03-07-2010 as of July 07, 2010** |

| | |
|---|---|
| м. Київ,                     «27» березня 2013 року | Kiev,                                    March 27, 2013 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого Заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі довіреності, посвідченої Марініченко О.С., приватним нотаріусом Київського міського нотаріального округу 20.03.2013р. за реєстровим №212 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду №4 від «27» березня 2013 року (надалі – Додаткова угода) до Договору банківського вкладу №03-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

JSC **«Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan acting under the Warrant #212 dated as of March 20st, 2013 notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the «BANK»), on the one part, and company **«ZUKK TRADING LIMITED»**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the «INVESTOR») represented by Berzins Guntis on the other part, have entered into a present Additional agreement #4 to the INVESTMENT AGREEMENT №03-07-2010 as of July 07, 2010 (hereinafter referred to as the «AGREEMENT») as follows:

**1.** Пункт 4.4. Договору викласти в новій редакції:
«4.4. Сплата процентів  за «ВКЛАДОМ» та повернення суми «ВКЛАДУ» після закінчення строку «ВКЛАДУ» здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**1.** Article 4.4. of the AGREEMENT shall be amended as follows:
«4.4 The BANK repays the investment amount and interests on investment  at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Отримувач:**  Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б ,Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку (МФО) 300249
**Рахунок отримувача:** №<span style="background:black">     </span>3001»

**Beneficiary:**   ZUKK TRADING LTD
Beneficiary's address:   Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.

**Beneficiary's Bank:**
JSC «Brokbusinessbank», Kiev, Ukraine
SWIFT: BRBB UA UXXXX
**Beneficiary's Account #**<span style="background:black">     </span>3001»

**2.** Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.
**3.** Додаткова угода складена у двох примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

**2.** Additional agreement is an integral part of the Agreement and shall take effect upon signature and sealed by the Parties.
**3.** Additional agreement drawn up in two copies having equal legal force, one for each party.

| Юридичні адреси і платіжні реквізити сторін **«БАНК»** | Legal Addresses and Bank Details of the Parties. **«BANK»** |
|---|---|

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок №⬛3719
БАНК ОТРИМУВАЧ:
АТ «БРОКБІЗНЕСБАНК»
03057, Україна, м. Київ,
Проспект Перемоги ,41
SWIFT: BRBBUAUX

INTERMEDIARY BANK:
Deutsche Bank Trust Company
Americas
SWIFT: BKTRUS33
Account #⬛3719
BENEFICIARY BANK:
JSK «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ М.П.
Скідан В.А.
Перший заступник Голови Правління
АТ «БРОКБІЗНЕСБАНК»

_____ Seal
V. Skidan
First Deputy Chairman of the Board
JSK «BROKBUSINESSBANK»

**«ІНВЕСТОР»**

**«INVESTOR»**

**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос
Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** №⬛3001

**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS
CENTER, BLOCK B, Office 305 Limassol,
Cyprus.
Beneficiary's Bank:
JSK «BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
Beneficiary's Account
#⬛3001

_____ М.П.
Берзінс Гунтіс
Довірена особа
ЗУКК ТРЕЙДІНГ ЛІМІТЕД

_____ Seal
Berzins Guntis
Authorized representative
ZUKK TRADING LTD

| | |
|---|---|
| **ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»** | **PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода №5 до договору інвестиційного банківського вкладу №03-07-2010 від «07» липня 2010 року** | **Additional agreement #5 to the INVESTMENT AGREEMENT №03-07-2010 as of July 07, 2010** |

| | |
|---|---|
| м. Київ                    «09» серпня 2013 року | Kiev                              August 09, 2013 |

**АТ «БРОКБІЗНЕСБАНК»,** юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі керуючого Київським головним регіональним відділенням Публічного акціонерного товариства «БРОКБІЗНЕСБАНК» Мигаля Сергія Миколайовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу «13» лютого 2013 року за реєстровим №103 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду № 5 від «09» серпня 2013 року до Договору інвестиційного банківського вкладу №03-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

**JSC «BROKBUSINESSBANK»,** a legal entity registered and acting under the laws of Ukraine, represented by the Head of Kiev Main Regional branch Sergiy Mygal acting under the Warrant #103 dated as of February 13, 2013, notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the "BANK"), on the one part, and company **"ZUKK TRADING LIMITED",** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the "INVESTOR") represented by Berzins Guntis on the other part, have entered into a present Additional agreement #5 to the INVESTMENT AGREEMENT №03-07-2010 as of July 07, 2010 (hereinafter referred to as the "AGREEMENT") as follows:

1. Пункт 3.2. ДОГОВОРУ викласти в новій редакції:
«3.2. Датою повернення «ВКЛАДУ» є «25» грудня 2014 року.»

1. Article 3.2. of the AGREEMENT shall be amended as follows:
"3.2. Repayment Date of the "INVESTMENT" is set on December 25, 2014"

2. Пункт 4.1. ДОГОВОРУ викласти в новій редакції:
«4.1. «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.»

2. Article 4.1. of the AGREEMENT shall be amended as follows:
"4.1. The BANK accrues and repays to the INVESTOR the interests at the rate – not less than 11,5 (eleven point five) percent per annum.

3. Нараховані проценти за грудень 2013 року Банк сплачує ІНВЕСТОРУ 31 грудня 2013р.

3. The interests accrued for December 2013 shall be repaid by the BANK to the INVESTOR on December 31, 2013.

4. Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.

4. Additional agreement is an integral part of the AGREEMENT and shall take effect upon its signing and sealing by the Parties.

5. Додаткова угода складена у двох

5. Additional agreement drawn up in two

примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

copies, each being equally valid, one for each party.

**Юридичні адреси і платіжні реквізити сторін**

**«БАНК»**

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок № ███3719
БАНК ОТРИМУВАЧ:
АТ «Брокбізнесбанк»
03057, Україна, м. Київ,
проспект Перемоги, 41
SWIFT: BRBBUAUX

_____ **М.П.**
**С.М. Мигаль**
**Керуючий Київським головним**
**регіональним відділенням**
**АТ «Брокбізнесбанк»**

**«ІНВЕСТОР»**
**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:**
№ ███3001

_____ **М.П.**
**Берзінс Гунтіс**
**Довірена особа**
**ЗУКК ТРЕЙДІНГ ЛІМІТЕД**

**Legal Addresses**
**and Bank Details of the Parties**
**« BANK»**
INTERMEDIARY BANK:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Account #███3719
BENEFICIARY BANK:
JSC «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ **Seal**
**S. Mygal**
**Head of Kiev Main Regional branch**
**JSC «BROKBUSINESSBANK»**

**«INVESTOR»**
**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS CENTER, BLOCK B, Office 305 Limassol, Cyprus.

**Beneficiary's Bank:**
JSC « BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
**Beneficiary's Account**
#███3001

_____ **Seal**
**Berzins Guntis**
**Authorized representative**
**ZUKK TRADING LTD**

300249 - АТ "БРОКБІЗНЕСБАНК"                                              26.03.2014  17:04:34

**Виписка по особовому рахунку №** ⬛⬛⬛⬛**2321 за період з 01.01.2014 по 25.03.2014**
840     Долар США
*ДОВГОСТР.ДЕП.НЕР.-ІНВ.КОМП. "ЗУКК ТРЕЙДІНГ ЛІМІТЕ,*
ЄДРПО

|  |  |
|---|---|
| Поперед. пров.: | 07.07.2010 |
| Поперед. пров. екв.: | 09.07.2012 |

Залишок на початок періоду
Екв.:

15 000 000,00
119 895 000,00

Курс НБУ на 07.02.2014 : 670,8000 за 100
Курс НБУ на 10.02.2014 : 852,8200 за 100
Курс НБУ на 11.02.2014 : 855,3200 за 100
Курс НБУ на 12.02.2014 : 855,0700 за 100
Курс НБУ на 14.02.2014 : 863,0900 за 100
Курс НБУ на 17.02.2014 : 864,0500 за 100
Курс НБУ на 18.02.2014 : 864,5800 за 100
Курс НБУ на 19.02.2014 : 868,6900 за 100
Курс НБУ на 20.02.2014 : 878,5200 за 100
Курс НБУ на 21.02.2014 : 883,8000 за 100
Курс НБУ на 24.02.2014 : 893,8000 за 100
Курс НБУ на 25.02.2014 : 903,7700 за 100
Курс НБУ на 26.02.2014 : 942,6900 за 100
Курс НБУ на 27.02.2014 : 951,7900 за 100
Курс НБУ на 28.02.2014 : 998,6300 за 100
Курс НБУ на 03.03.2014 : 969,9400 за 100
Курс НБУ на 04.03.2014 : 999,2400 за 100
Курс НБУ на 05.03.2014 : 972,4100 за 100
Курс НБУ на 06.03.2014 : 944,8900 за 100
Курс НБУ на 07.03.2014 : 938,7900 за 100
Курс НБУ на 11.03.2014 : 923,5900 за 100
Курс НБУ на 12.03.2014 : 929,7500 за 100
Курс НБУ на 13.03.2014 : 928,2300 за 100
Курс НБУ на 14.03.2014 : 947,5900 за 100
Курс НБУ на 17.03.2014 : 960,0700 за 100
Курс НБУ на 18.03.2014 : 975,6800 за 100
Курс НБУ на 19.03.2014 : 995,9800 за 100
Курс НБУ на 20.03.2014 : 991,7800 за 100
Курс НБУ на 21.03.2014 : 1 010,9200 за 100
Курс НБУ на 24.03.2014 : 1 019,6500 за 100
Курс НБУ на 25.03.2014 : 1 037,6200 за 100

| | | | |
|---|---|---|---|
| **Обороти за період:** | | 0,00 | 0,00 |
| **Еквівалент:** | | 19 243 500,00 | 54 991 500,00 |
| **Залишок по закінченню періоду** | | | 15 000 000,00 |
| **Екв.:** | | | 155 643 000,00 |

АТ "БРОКБІЗНЕСБАНК"
МФО 30____
Ідент. код _____
Київське _____
регіональне відділення
Відп. виконавець _____

**Виконавець:** Степаненко Тетяна Вікторівна                                              1/1

# Exhibit C (d)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

### ДОГОВІР ІНВЕСТИЦІЙНОГО БАНКІВСЬКОГО ВКЛАДУ № 04-07-2010

### INVESTMENT AGREEMENT

### № 04-07-2010

м. Київ,                      07 липня 2010р.

Kiev,                         07 july 2010

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Морозовою Т.О., приватним нотаріусом Київського міського нотаріального округу 18.06.2010р. за реєстровим №3571, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цей договір про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Morozova T.O. and registered in notary book under #3571 dd 18.06.2010 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows:

### 1.Предмет Договору.

1.1. «ІНВЕСТОР» з метою отримання процентів, розміщує на вкладному інвестиційному рахунку в «БАНКУ» грошові кошти як інвестиційний вклад, на умовах цього Договору.

### 2.Сума вкладу.

2.1. «ІНВЕСТОР» передає, а «БАНК» приймає інвестиційний вклад (надалі ВКЛАД) в сумі 15 000 000,00 (п'ятнадцять мільйонів) доларів США.

2.2. «ІНВЕСТОР» зараховує зазначену в п.2.1 суму вкладу, протягом 90 (дев'яносто) банківських днів з моменту підписання сторонами цього договору, шляхом безготівкового перерахування на рахунок № ▓▓▓▓▓ 2331 у «БАНКУ».

### 1. Object of the Agreement.

1.1. The INVESTOR with the aim of getting interest places on the investment account in the BANK funds as the investment payment according to the terms of this AGREEMENT.

### 2. The amount of the investment.

2.1. The INVESTOR entrusts and the BANK accept an investment payment in the amount of 15 000 000,00 (fifteen millions) US dollars.

2.2 The INVESTOR places the amount specified in clause 2.1.within 90 (ninety) banking days starting from the moment of signing this Agreement by parties, by making non-cash payment to the account # ▓▓▓▓▓ 2331 in the BANK.

## 3. Термін дії договору.

3.1 Початком дії договору є дата підписання цього договору.

3.2 Датою повернення вкладу є 370-й календарний день з дати зарахування в повному обсязі суми інвестиційного вкладу, вказаної в п.2.1, при умові отримання «БАНКОМ» письмового повідомлення «ІНВЕСТОРА» щодо повернення вкладу.

3.3 У випадку не отримання письмового повідомлення зазначеного в п.3.2 цього Договору та відсутності заперечень з боку Банку, строк Вкладу за цим Договором вважається продовженим на кожні наступні 370 календарних днів без підписання Сторонами відповідних додаткових угод до цього Договору. У разі продовження строку вкладу днем повернення вкладу є кожний 370-й календарний день, який обчислюється з попередньої дати повернення вкладу.
У випадку, якщо день повернення вкладу припадає на небанківський день, повернення вкладу здійснюється на наступний банківський день.
ІНВЕСТОР погоджується з тим, що у випадку, якщо Банк заперечує проти продовження строку вкладу, Банк здійснює повернення вкладу та нарахованих процентів на рахунок, визначений в цьому Договорі, на дату повернення вкладу.

## 4. Порядок нарахування та сплати процентів.

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.
4.2 Проценти на вклад нараховуються від дня, наступного за днем надходження суми вкладу або її частини на інвестиційний рахунок. Кінцем періоду нарахування є день, який передує даті повернення вкладу.

## 3. Term of the investment.

3.1 Effective date is a date of signing this Agreement by parties.

3.2 Date of repayment of the Investment amount is 370th calendar day from the date of transfer of investment amount, specified in Clause 2.1, in full, provided the «BANK» with a written notice by «INVESTOR» regarding repayment of the Investment.

3.3 In the case of non receipt of written notice specified in Clause 3.2. of this Agreement and without any objection from the BANK, length of investment according to this Agreement is extended for the next every 370 days without signing any additional agreement to this Agreement. In the case of extension of investment term, the date of repayment is every 370th day from the day, which is calculated from the previous repayment date.

If the date of repayment is non banking day, the repayment is performed on the next banking day.

The INVESTOR agrees that in the case of BANK's objection connecting to extension of investment term, the repayment of investment and accrued interest is performed to the account, specified in this Agreement, on the date of repayment.

## 4. Interest accruing.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 11,5 (eleven point five tenths) percent annually.
4.2. Interests on the investment are charged from the day, following after the date of receipt of investment amount or any share of it to the investment account. The end of interest-paying period is a day, which predate to the date of investment

4.3 Проценти на вклад нараховуються у валюті вкладу, щомісячно в останній робочий день поточного місяця, та перераховуються на рахунок ІНВЕСТОРА протягом 5 (п'яти) банківських днів. При розрахунку процентів кількість днів у році та місяці приймається за фактичну.

4.4 Сплата процентів за вкладом та повернення суми вкладу після закінчення терміну дії даного Договору здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LTD)
Адреса: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Банк отримувача:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus SWIFT: HEBACY 2 NLIM
IBAN: ▮▮▮▮▮▮9101
**Рахунок отримувача:** № ▮▮▮▮▮91-01

### 5. Особливі умови.

5.1 Відповідно до вимог чинного законодавства України Інвестор не має права вимагати дострокового повернення суми Вкладу.

5.2 Проценти на вклад оподатковуються згідно норм відповідного міжнародного договору України з питань уникнення подвійного оподаткування.

### 6. Інші умови.

6.1 Даний договір складений українською та англійською мовами у двох екземплярах, що мають однакову юридичну силу, по одному для кожної сторони. У випадку виникнення спорів або розбіжностей текст українською мовою має переважну силу.

6.2 Усі доповнення та зміни до даного Договору повинні бути зроблені в

refund.

4.3 Interests for the investment are accrued on the monthly basis on the last business day of each month and are transferred to the INVESTOR's account within next five business days. For interests accruing number of days in year and in month is accepted as actual.

4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Beneficiary:** ZUKK TRADING LTD
Beneficiary's address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus SWIFT: HEBACY 2 NLIM
IBAN: ▮▮▮▮▮9101
**Beneficiary's Account #** ▮▮▮▮▮91-01

### 5. Special conditions.

5.1 Subject to the current Ukrainian law the Investor shall not possess the right of withdrawal the `investment` amount.

5.2 Investment interest shall be subject to the tax in accordance with the norms provided by the International Double Tax Treaty signed by Ukraine.

### 6. Other conditions.

6.1 The present Agreement is drawn up Ukraine and English languages in two copies, one for each of the parties, both with equal legal force. In the event that any disputes or controversies arise, the preference shall be given to the text in Ukrainian language.

6.2 Any amendments or supplement to the present Agreement must be drown up in writing, signed by the authoritative

письмової формі, підписані повноважними представниками обох сторін і скріплені їх печатками.

representatives of both parties and sealed.

6.3 Даний Договір регулюється законодавством України.

6.3 The present Agreement shall be regulated by the substantive law of Ukraine.

6.4. Спори по цьому договору вирішуються у відповідності з чинним законодавством України.

6.4 Any disputes arising out of the present contract or in connection with it is to be settled in accordance with the Ukrainian legislation.

**Юридичні адреси і платіжні реквізити сторін**
**«БАНК»**
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #▮▮3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses
and Payment Requisites of the Parties.**
**«IHBECTOP»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:▮▮▮▮▮▮▮▮9101
**Beneficiary's Account**
 Acc ▮▮▮▮91-01

Підписи
**«БАНК»**
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board



(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

Signatures
**«IHBECTOP»**
**the INVESTOR**
Директор
Director



(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода № 1** **До Договору інвестиційного** **банківського вкладу** **№ 04-07-2010 від 07 липня 2010 року** | **Additional agreement #1** **to the INVESTMENT AGREEMENT** **# 04-07-2010 as of 07 Jul 2010** |

| | |
|---|---|
| м. Київ,                11 липня 2011р. | Kiev,                11 july 2011 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Additional Agreement as follows:

1. Пункт 4.1 Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року викласти в наступній редакції:
4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 9 (дев'ять ) процентів річних.

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 should mean the following:

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 9 (nine point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 11 липня 2011 року.

of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 11 Jul 2011.

**Юридичні адреси і платіжні реквізити сторін**
***«БАНК»***
**«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #███3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

**Legal Addresses**
**and Payment Requisites of the Parties.**
**«ІНВЕСТОР»**
**«The INVESTOR»**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
IBAN:███████████9101
**Beneficiary's Account**
 Acc ██████91-01

Підписи
***«БАНК»***
**the BANK**
Перший заступник
Голови Правління
First Deputy Chairman of the Board

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Директор
Director

(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода № 2** **До Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року** | **Additional agreement #2** **to the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010** |
| м. Київ,                    17 травня 2012 р. | Kiev,                            17 may  2012 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 16.06.2011р. за реєстровим №1538, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Гунтіса Берзінса, який діє на підставі Довіреності, з іншої сторони, уклали Додаткову угоду № 2 До Договору інвестиційного банківського вкладу №04-07-2010 від 07 липня 2010 року (надалі «Додаткова угода № 2») про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1538 dd 16.06.2011 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered  and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Guntis Berzins acting on the authority of power of attorney, on the other part, have concluded this Additional agreement #2 to the INVESTMENT AGREEMENT # 04-07-2010 dd 07th July 2010(hereafter - Additional agreement #2) about the following:

1.Пункт 3.2 Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року викласти в наступній редакції:
3.2 Датою повернення вкладу є «16» грудня 2013 року.

1. Paragraph 3.2 of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 should mean the following:
3.2 Date of repayment of the Investment amount is 16 December 2013.

2. Пункт 3.3 Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року виключити.

2. To exclude the paragraph 3.3 of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010.

3. Інші умови Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року залишаються без

3. Other conditions  of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 remain unchanged.

змін.

| | |
|---|---|
| 4. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року. | 4. This additional Agreement consists in two copies that have the same validity, one for each Party and is the integral part of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010. |
| 5. Додаткова угода набуває чинності з моменту її укладення сторонами. | 5. This additional agreement is effective from the date of its conclusion by parties. |

| | |
|---|---|
| **Юридичні адреси і платіжні реквізити сторін** <br> **«БАНК»** <br> **«the BANK»** <br> **INTERMEDIARY BANK:** <br> Deutsche Bank Trust Company Americas <br>  SWIFT: BKTRUS33 <br>  #▮▮▮3719 <br><br> **BENEFICIARY BANK:** <br> JSC «Brokbusinessbank» <br> Kiev, Ukraine <br> SWIFT: BRBB UA UXXXX | **Legal Addresses** <br> **And Payment Requisites of the Parties.** <br> **«ІНВЕСТОР»** <br> **«The INVESTOR»** <br><br> **Beneficiary:   ZUKK TRADING LTD** <br> Beneficiary`s address:   Vyronos,24 <br> P.LORDOS CENTER, BLOCK B, <br> Flat/Office 305 Limassol, Cyprus. <br> **Beneficiary's Bank:** <br> JSC «Brokbusinessbank» <br> Kiev, Ukraine <br><br> **Beneficiary's Account** <br>  Acc ▮▮▮▮▮3000 |

| | |
|---|---|
| Підписи <br> **«БАНК»** <br> **the BANK** <br> Перший заступник <br>  Голови Правління <br> First Deputy Chairman of the Board <br><br><br> (В.А. Скідан) <br> (Volodymyr (Anatoliyovich) Skidan) | Signatures <br> **«ІНВЕСТОР»** <br> **the INVESTOR** <br> Довірена особа <br> The Authorised Representative <br><br><br> (Гунтіс Берзінс) <br> (Guntis Berzins) |

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* **«BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода № 3** **До Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року** | **Additional agreement #3** **to the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010** |

| | |
|---|---|
| м. Київ,          30 листопада 2012 р. | Kiev,          30 November 2012 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Банку Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 03.07.2012р. за реєстровим №1316, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цю додаткову угоду про наступне:

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Skidan Volodymyr Anatoliyovich, acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1316 dd 03.07.2012 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Additional Agreement as follows:

1.Пункт 4.1 Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року викласти в наступній редакції:

1. Paragraph 4.1 of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 should mean the following:

4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 10 (десять ) процентів річних.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 10 (ten point zero) percent annually.

2. Інші умови Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року залишаються без змін.

2. Other conditions of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 remain unchanged.

3. Додаткова угода складена у двох екземплярах, що мають однакову юридичну силу, по одному для кожної

3. This additional Agreement consists in two copies that have the same validity,

Сторони, і є невід'ємною частиною Договору інвестиційного банківського вкладу № 04-07-2010 від 07 липня 2010 року.

4. Додаткова угода набуває чинності з 01 грудня 2012 року.

**Юридичні адреси і платіжні реквізити сторін**
*«БАНК»*
«the BANK»

**INTERMEDIARY BANK:**
Deutsche Bank Trust Company Americas
 SWIFT: BKTRUS33
 #████3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

Підписи
*«БАНК»*
the BANK
Перший заступник
 Голови Правління
 First Deputy Chairman of the Board



 (В.А.Скідан)
(Volodymyr  (Anatoliyovich) Skidan)

one for each Party and is the integral part of the INVESTMENT AGREEMENT # 04-07-2010 as of 07 Jul 2010 .

4. This additional agreement is effective from 01 December 2012.

**Legal Addresses
and Payment Requisites of the Parties.**
«ІНВЕСТОР»
«The INVESTOR»

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
**HELLENIC BANK LIMITED**
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
**IBAN:**████████████9101
**Beneficiary's Account**
 Acc ████████91-01

Signatures
«ІНВЕСТОР»
the INVESTOR
Директор
Director



(Крістіс Крістодулу)
(Christis Christodoulou )

| | |
|---|---|
| ***ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»*** | ***PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»*** |

**Додаткова угода №4 до договору інвестиційного банківського вкладу №04-07-2010 від «07» липня 2010 року**

**Additional agreement #4 to the INVESTMENT AGREEMENT №04-07-2010 as of July 07, 2010**

м. Київ,                    «27» березня 2013 року

Kiev,                              March 27, 2013

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого Заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі довіреності, посвідченої Марініченко О.С., приватним нотаріусом Київського міського нотаріального округу 20.03.2013р. за реєстровим №212 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду №4 від «27» березня 2013 року (надалі – Додаткова угода) до Договору банківського вкладу №04-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

JSC **«Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan acting under the Warrant #212 dated as of March 20st, 2013 notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the «BANK»), on the one part, and company **«ZUKK TRADING LIMITED»**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the «INVESTOR») represented by Berzins Guntis on the other part, have entered into a present Additional agreement #4 to the INVESTMENT AGREEMENT №04-07-2010 as of July 07, 2010 (hereinafter referred to as the «AGREEMENT») as follows:

**1.** Пункт 4.4. Договору викласти в новій редакції:
«4.4. Сплата процентів за «ВКЛАДОМ» та повернення суми «ВКЛАДУ» після закінчення строку «ВКЛАДУ» здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**1.** Article 4.4. of the AGREEMENT shall be amended as follows:
«4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б ,Офіс №305 Лімасол, Кіпр.

**Beneficiary:** ZUKK TRADING LTD
Beneficiary`s address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** №▮▮▮▮3001»

**Beneficiary's Bank:**
JSC «Brokbusinessbank», Kiev, Ukraine
SWIFT: BRBB UA UXXXX
**Beneficiary's Account #**▮▮▮▮3001»

**2.** Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.
**3.** Додаткова угода складена у двох примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

**2.** Additional agreement is an integral part of the Agreement and shall take effect upon signature and sealed by the Parties.
**3.** Additional agreement drawn up in two copies having equal legal force, one for each party.

| Юридичні адреси і платіжні реквізити сторін **«БАНК»** | Legal Addresses and Bank Details of the Parties. **«BANK»** |
|---|---|

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок № ███ 3719
БАНК ОТРИМУВАЧ:
АТ «БРОКБІЗНЕСБАНК»
03057, Україна, м. Київ,
Проспект Перемоги ,41
SWIFT: BRBBUAUX

INTERMEDIARY BANK:
Deutsche Bank Trust Company
Americas
SWIFT: BKTRUS33
Account # ███ 3719
BENEFICIARY BANK:
JSK «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ М.П.
**Скідан В.А.**
**Перший заступник Голови Правління**
**АТ «БРОКБІЗНЕСБАНК»**

_____ Seal
**V. Skidan**
**First Deputy Chairman of the Board**
**JSK «BROKBUSINESSBANK»**

**«ІНВЕСТОР»**

**«INVESTOR»**

**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос
Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** № ███ 3001

**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS
CENTER, BLOCK B, Office 305 Limassol,
Cyprus.
Beneficiary's Bank:
JSK «BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
Beneficiary's Account
# ███ 3001

_____ М.П.
Берзінс Гунтіс
Довірена особа
ЗУКК ТРЕЙДІНГ ЛІМІТЕД

_____ Seal
Berzins Guntis
Authorized representative
ZUKK TRADING LTD

| | |
|---|---|
| ***ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»*** | ***PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»*** |

**Додаткова угода №5 до договору інвестиційного банківського вкладу №04-07-2010 від «07» липня 2010 року**

**Additional agreement #5 to the INVESTMENT AGREEMENT №04-07-2010 as of July 07, 2010**

м. Київ                     «09» серпня 2013 року

Kiev                               August 09, 2013

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі керуючого Київським головним регіональним відділенням Публічного акціонерного товариства «БРОКБІЗНЕСБАНК» Мигала Сергія Миколайовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу «13» лютого 2013 року за реєстровим №103 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду № 5 від «09» серпня 2013 року до Договору інвестиційного банківського вкладу №04-07-2010 від «07» липня 2010 року (надалі – «ДОГОВІР») про наступне:

**JSC «BROKBUSINESSBANK»**, a legal entity registered and acting under the laws of Ukraine, represented by the Head of Kiev Main Regional branch Sergiy Mygal acting under the Warrant #103 dated as of February 13, 2013, notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the "BANK"), on the one part, and company **"ZUKK TRADING LIMITED"**, a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the "INVESTOR") represented by Berzins Guntis on the other part, have entered into a present Additional agreement #5 to the INVESTMENT AGREEMENT №04-07-2010 as of July 07, 2010 (hereinafter referred to as the "AGREEMENT") as follows:

1. Пункт 3.2. ДОГОВОРУ викласти в новій редакції:
«3.2. Датою повернення «ВКЛАДУ» є «25» грудня 2014 року.»

1. Article 3.2. of the AGREEMENT shall be amended as follows:
"3.2. Repayment Date of the "INVESTMENT" is set on December 25, 2014"

2. Пункт 4.1. ДОГОВОРУ викласти в новій редакції:
«4.1. «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.»

2. Article 4.1. of the AGREEMENT shall be amended as follows:
"4.1. The BANK accrues and repays to the INVESTOR the interests at the rate – not less than 11,5 (eleven point five) percent per annum.

3. Нараховані проценти за грудень 2013 року Банк сплачує ІНВЕСТОРУ 31 грудня 2013р.

3. The interests accrued for December 2013 shall be repaid by the BANK to the INVESTOR on December 31, 2013.

4. Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.

4. Additional agreement is an integral part of the AGREEMENT and shall take effect upon its signing and sealing by the Parties.

5. Додаткова угода складена у двох

5. Additional agreement drawn up in two

примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

copies, each being equally valid, one for each party.

**Юридичні адреси і платіжні реквізити сторін**

**«БАНК»**

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок № ███3719
БАНК ОТРИМУВАЧ:
АТ «Брокбізнесбанк»
03057, Україна, м. Київ,
проспект Перемоги, 41
SWIFT: BRBBUAUX

**Legal Addresses
and Bank Details of the Parties
« BANK»**

INTERMEDIARY BANK:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Account #███3719
BENEFICIARY BANK:
JSC «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ **М.П.**

**С.М. Мигаль**
**Керуючий Київським головним
регіональним відділенням
АТ «Брокбізнесбанк»**

_____ **Seal**

**S. Mygal**
**Head of Kiev Main Regional branch
JSC «BROKBUSINESSBANK»**

**«ІНВЕСТОР»**
**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**«INVESTOR»**
**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS CENTER, BLOCK B, Office 305 Limassol, Cyprus.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:**
№2███████3001

**Beneficiary's Bank:**
JSC « BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
**Beneficiary's Account**
#███████3001

_____ **М.П.**

**Берзінс Гунтіс**
**Довірена особа**
**ЗУКК ТРЕЙДІНГ ЛІМІТЕД**

_____ **Seal**

**Berzins Guntis**
**Authorized representative**
**ZUKK TRADING LTD**

300249 - АТ "БРОКБЫЗНЕСБАНК"                                                                    26.03.2014  17:04:45

**Виписка по особовому рахунку №** ███████**2331 за період з 01.01.2014 по 25.03.2014**
840    Долар США
*ДОВГОСТР.ДЕП.НЕР.-ІНВ.КОМП."ЗУКК ТРЕЙДІНГ ЛІМІТЕД*
ЄДРПО                                                    Поперед. пров.:         07.07.2010
                                                         Поперед. пров. екв.:    09.07.2012
**Залишок на початок періоду**                                                   15 000 000,00
**Екв.:**                                                                        119 895 000,00

Курс НБУ на 07.02.2014 : 870.8000 за 100
Курс НБУ на 10.02.2014 : 852.8200 за 100
Курс НБУ на 11.02.2014 : 855.3200 за 100
Курс НБУ на 12.02.2014 : 855.0700 за 100
Курс НБУ на 14.02.2014 : 863.0900 за 100
Курс НБУ на 17.02.2014 : 864.0500 за 100
Курс НБУ на 18.02.2014 : 864.5800 за 100
Курс НБУ на 19.02.2014 : 868.6900 за 100
Курс НБУ на 20.02.2014 : 878.5200 за 100
Курс НБУ на 21.02.2014 : 883.8000 за 100
Курс НБУ на 24.02.2014 : 893.8000 за 100
Курс НБУ на 25.02.2014 : 903.7700 за 100
Курс НБУ на 26.02.2014 : 942.6900 за 100
Курс НБУ на 27.02.2014 : 951.7900 за 100
Курс НБУ на 28.02.2014 : 998.6300 за 100
Курс НБУ на 03.03.2014 : 969.9400 за 100
Курс НБУ на 04.03.2014 : 999.2400 за 100
Курс НБУ на 05.03.2014 : 972.4100 за 100
Курс НБУ на 06.03.2014 : 944.8900 за 100
Курс НБУ на 07.03.2014 : 938.7900 за 100
Курс НБУ на 11.03.2014 : 923.5900 за 100
Курс НБУ на 12.03.2014 : 929.7500 за 100
Курс НБУ на 13.03.2014 : 928.2300 за 100
Курс НБУ на 14.03.2014 : 947.5900 за 100
Курс НБУ на 17.03.2014 : 960.0700 за 100
Курс НБУ на 18.03.2014 : 975.6800 за 100
Курс НБУ на 19.03.2014 : 995.9800 за 100
Курс НБУ на 20.03.2014 : 991.7800 за 100
Курс НБУ на 21.03.2014 : 1 010.9200 за 100
Курс НБУ на 24.03.2014 : 1 019.6500 за 100
Курс НБУ на 25.03.2014 : 1 037.6200 за 100

**О〔бороти за період:**                                      0,00                   0,00
**Еквівалент:**                                       19 243 500,00          54 991 500,00
**Залишок по закінченню періоду**                                           15 000 000,00
**Екв.:**                                                                   155 643 000,00

АТ "БРОКБІЗНЕ██ ██АНК"
МФО 300█████
Ідент. код ██ ████49
Київське ████████
регіональне підрозділення
Відп. виконавець ████ 20

**Виконавець:** Степаненко Т█тян█ █ікторівна                                      1/1

# Exhibit C (e)

| | |
|---|---|
| *ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО* **«БРОКБІЗНЕСБАНК»** | *PUBLIC JOINT STOCK COMPANY* ***«BROKBUSINESSBANK»*** |

**ДОГОВІР ІНВЕСТИЦІЙНОГО БАНКІВСЬКОГО ВКЛАДУ № 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**

**INVESTMENT AGREEMENT**

**№ 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**

м. Київ,                    29 жовтня 2012р.

Kiev,                    October 29, 2012

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого заступника Голови Правління Банку Скідана Володимира Анатолійовича, який діє на підставі Довіреності, посвідченої Краковецькою А.М., приватним нотаріусом Київського міського нотаріального округу 03.07.2012р. за реєстровим №1316, (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED)**, юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (надалі – «ІНВЕСТОР»), в особі Директора Крістіса Крістодулу, з іншої сторони уклали цей договір про наступне :

**JSC «Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Skidan Volodymyr Anatoliyovich acting on the basic of Letter of Attorney, certified by private notary of Kyiv notary district Krakovetska A.M. and registered in notary book under #1316 dd 03.07.2012 (hereinafter, referred to as the BANK), on the one part, and company **ZUKK TRADING LIMITED,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the INVESTOR) represented by Director Christis Christodoulou on the other part, have concluded the present Agreement as follows:

**1.Предмет Договору.**
1.1. «ІНВЕСТОР» з метою отримання процентів, розміщує на вкладному інвестиційному рахунку в «БАНКУ» грошові кошти як інвестиційний вклад, на умовах цього Договору.

**1. Object of the Agreement.**
1.1. The INVESTOR with the aim of getting interest places on the investment account in the BANK funds as the investment payment according to the terms of this AGREEMENT.

**2.Сума вкладу.**
2.1. «ІНВЕСТОР» передає, а «БАНК» приймає інвестиційний вклад (надалі ВКЛАД) в сумі 35 000 000,00 (тридцять п'ять мільйонів) доларів США.

**2. The amount of the investment.**
2.1. The INVESTOR entrusts and the BANK accept an investment payment in the amount of 35 000 000,00 (thirty five millions) US dollars.

2.2. «ІНВЕСТОР» зараховує зазначену в п.2.1 суму вкладу,

2.2 The INVESTOR places the amount specified in clause 2.1.within 15 (fifteen) banking days starting from the moment of signing this Agreement by parties, by

протягом 15 (п'ятнадцять) банківських днів з моменту підписання сторонами цього договору, шляхом безготівкового переказу на рахунок № ███████ 3109 у «БАНКУ».

2.3 Датою повернення вкладу є 370-й календарний день з дати зарахування в повному обсязі суми інвестиційного вкладу, вказаної в п.2.1.

### 3. Термін дії договору.
3.1 Цей договір набуває чинності з дати його укладення сторонами та діє до повного виконання сторонами.

### 4. Порядок нарахування та сплати процентів.
4.1 «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 10 (десять) процентів річних.

4.2 Проценти на вклад нараховуються від дня, наступного за днем надходження суми вкладу або її частини на інвестиційний рахунок. Кінцем періоду нарахування є день, який передує даті повернення вкладу.

4.3 Проценти на вклад нараховуються у валюті вкладу, щомісячно в останній робочий день поточного місяця, та перераховуються на рахунок «ІНВЕСТОРА» протягом 5 (п'яти) банківських днів. При розрахунку процентів кількість днів у році та місяці приймається за фактичну.

4.4 Сплата процентів за вкладом та повернення суми вкладу після закінчення терміну дії строку Вкладу здійснюється «БАНКОМ» шляхом

making non-cash transfer to the account # ███████ 3109 in the BANK.

2.3 Date of repayment of the Investment amount is 370th calendar day from the date of transfer of investment amount, specified in Clause 2.1.

### 3. Term of the investment.
3.1 This Agreement becomes valid on the date of its signing by the Parties and remains in force till it's full completion by the Parties.

### 4. Interest accruing.

4.1 The BANK accrues the interests on the investment and pays the interest at the rate - no less then 10 (ten) percent per annum.

4.2. Interests on the investment are charged from the day, following after the date of receipt of investment amount or any share of it to the investment account. The end of interest-paying period is a day, which predate to the date of investment refund.

4.3 Interests for the investment are accrued on the monthly basis on the last business day of each month and are transferred to the INVESTOR's account within next five business days. For interests accruing number of days in year and in month is accepted as actual.

4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Beneficiary:** ZUKK TRADING LTD

перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LTD)
Адреса: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Банк отримувача:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus  SWIFT: HEBACY 2 NLIM    IBAN: ███████████████9101
**Рахунок отримувача:** № ████████91-01

### 5. Особливі умови.

5.1 Відповідно до вимог чинного законодавства України Інвестор не має права вимагати дострокового повернення суми Вкладу або його частини в т.ч. розірвання договору у строк 370 календарних днів з дати зарахування інвестиційного вкладу згідно п.2.2. договору.

5.2 Проценти на вклад оподатковуються згідно норм відповідного міжнародного договору України з питань уникнення подвійного оподаткування.

### 6. Інші умови.

6.1 Даний договір складений українською та англійською мовами у двох екземплярах, що мають однакову юридичну силу, по одному для кожної сторони. У випадку виникнення спорів або розбіжностей текст українською мовою має переважну силу.

6.2 Усі доповнення та зміни до даного Договору повинні бути зроблені в письмової формі, підписані повноважними представниками обох сторін і

Beneficiary`s address:  Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:**
HELLENIC BANK LIMITED
Limassol International Business Centre 52, Gladstonos str., P.O.Box.51474,3505 Lemesos, Cyprus  SWIFT: HEBACY 2 NLIM
IBAN: ███████████████9101
**Beneficiary's Account #** ████████91-01

### 5. Special conditions.

5.1 According with the Ukrainian law the Investor has no right to withdraw the investment amount or it's part, prior to the expire of the 370th calendar day after of transfer of investment amount, specified in Clause 2.2 .

5.2 Investment interest shall be subject to the tax in accordance with the norms provided by the International Double Tax Treaty signed by Ukraine.

### 6. Other conditions.

6.1 The present Agreement is drawn up Ukraine and English languages in two copies, one for each of the parties, both with equal legal force. In the event that any disputes or controversies arise, the preference shall be given to the text in Ukrainian language.

6.2 Any amendments or supplement to the present Agreement must be drown up in writing, signed by the authoritative representatives of both parties and sealed.

6.3 The present Agreement shall be regulated by the substantive law of Ukraine.

6.4 Any disputes arising out of the present contract or in connection with it is to be settled in accordance with the

скріплені їх печатками.

6.3 Даний Договір регулюється законодавством України.

6.4. Спори по цьому договору вирішуються у відповідності з чинним законодавством України.

Ukrainian legislation.

**Legal Addresses
and Payment Requisites of the Parties.
"ІНВЕСТОР"
"The INVESTOR"**

**Beneficiary:   ZUKK TRADING LTD**
Beneficiary`s address:   Vyronos,24
P.LORDOS CENTER, BLOCK B,
Flat/Office 305 Limassol, Cyprus.
**Beneficiary's Bank:
HELLENIC BANK LIMITED**
Limassol International Business Centre
52, Gladstonos str., P.O.Box.51474,3505
Lemesos, Cyprus
SWIFT: HEBACY 2 NLIM
**IBAN:**█████████████████910
1
**Beneficiary's Account**
Acc ███████91-01

**Юридичні адреси і платіжні
реквізити сторін
«БАНК»
«the BANK»**
**INTERMEDIARY BANK:**
Deutsche Bank Trust Company
Americas
 SWIFT: BKTRUS33
 Acc. ████3719

**BENEFICIARY BANK:**
JSC «Brokbusinessbank»
Kiev, Ukraine
SWIFT: BRBB UA UXXXX

Підписи
*«БАНК»*
the BANK
Перший заступник
 Голови Правління
 First Deputy Chairman of the Board

Signatures
**«ІНВЕСТОР»**
**the INVESTOR**
Директор
Director

(В.А. Скідан)
(Volodymyr (Anatoliyovich) Skidan)

(Крістіс Крістодулу)
(Christis Christodoulou )



| | |
|---|---|
| **ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»** | **PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»** |

| | |
|---|---|
| **Додаткова угода №1 до договору інвестиційного банківського вкладу №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 від «29» жовтня 2012 року** | **Additional agreement #1 to the INVESTMENT AGREEMENT №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 as of October 29, 2012** |

| | |
|---|---|
| м. Київ,             «27» березня 2013 року | Kiev,                      March 27, 2013 |

**АТ «БРОКБІЗНЕСБАНК»**, юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі Першого Заступника Голови Правління Скідана Володимира Анатолійовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу 20.03.2013р. за реєстровим №212 (надалі – «БАНК»), з однієї сторони, та Компанія **«ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED),** юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду №1 від «27» березня 2013 року (надалі – Додаткова угода) до Договору банківського вкладу №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 від «29» жовтня 2012 року (надалі – «ДОГОВІР») про наступне:

JSC **«Brokbusinessbank»**, a legal entity registered and acting under the laws of Ukraine, represented by First Deputy Chairman of the Board Mr. Volodymyr Skidan acting under the Warrant #212 dated as of March 20st, 2013 notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the «BANK»), on the one part, and company **«ZUKK TRADING LIMITED»,** a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the «INVESTOR») represented by Berzins Guntis on the other part, have entered into a present Additional agreement #1 to the INVESTMENT AGREEMENT №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 as of October 29, 2012 (hereinafter referred to as the «AGREEMENT») as follows:

**1.** Пункт 4.4. Договору викласти в новій редакції:
«4.4. Сплата процентів за «ВКЛАДОМ» та повернення суми «ВКЛАДУ» після закінчення строку «ВКЛАДУ» здійснюється «БАНКОМ» шляхом перерахування на рахунок «ІНВЕСТОРА» за наступними реквізитами:

**1.** Article 4.4. of the AGREEMENT shall be amended as follows:
«4.4 The BANK repays the investment amount and interests on investment at the expiry date of the present Agreement into the INVESTOR's account on the following details:

**Отримувач:** Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б ,Офіс №305 Лімасол, Кіпр.

**Beneficiary:** ZUKK TRADING LTD
Beneficiary`s address: Vyronos,24 P.LORDOS CENTER, BLOCK B, Flat/Office 305 Limassol, Cyprus.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** №▮▮▮▮▮3001»

**Beneficiary's Bank:**
JSC «Brokbusinessbank», Kiev, Ukraine
SWIFT: BRBB UA UXXXX
**Beneficiary's Account #**▮▮▮▮▮3001»

**2.** Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.
**3.** Додаткова угода складена у двох примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

**2.** Additional agreement is an integral part of the Agreement and shall take effect upon signature and sealed by the Parties.
**3.** Additional agreement drawn up in two copies having equal legal force, one for each party.

| | |
|---|---|
| **Юридичні адреси і платіжні реквізити сторін** **«БАНК»** | **Legal Addresses and Bank Details of the Parties.** **«BANK»** |

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок №████3719
БАНК ОТРИМУВАЧ:
АТ «БРОКБІЗНЕСБАНК»
03057, Україна, м. Київ,
Проспект Перемоги ,41
SWIFT: BRBBUAUX

INTERMEDIARY BANK:
Deutsche Bank Trust Company
Americas
SWIFT: BKTRUS33
Account #████3719
BENEFICIARY BANK:
JSK «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ **М.П.**
**Скідан В.А.**
**Перший заступник Голови Правління**
**АТ «БРОКБІЗНЕСБАНК»**

_____ Seal
**V. Skidan**
**First Deputy Chairman of the Board**
**JSK «BROKBUSINESSBANK»**

**«ІНВЕСТОР»**

**«INVESTOR»**

**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос
Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:** №█████3001

**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS
CENTER, BLOCK B, Office 305 Limassol,
Cyprus.
Beneficiary's Bank:
JSK «BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
Beneficiary's Account
#█████3001

_____ М.П.
Берзінс Гунтіс
Довірена особа
ЗУКК ТРЕЙДІНГ ЛІМІТЕД

_____ Seal
Berzins Guntis
Authorized representative
ZUKK TRADING LTD

**ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРОКБІЗНЕСБАНК»**

**Додаткова угода №2 до договору інвестиційного банківського вкладу №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 від «29» жовтня 2012 року**

м. Київ                    «09» серпня 2013 року

АТ «БРОКБІЗНЕСБАНК», юридична особа, зареєстрована і яка діє відповідно до законодавства України, в особі керуючого Київським головним регіональним відділенням Публічного акціонерного товариства «БРОКБІЗНЕСБАНК» Мигаля Сергія Миколайовича, який діє на підставі довіреності, посвідченої Маріниченко О.С., приватним нотаріусом Київського міського нотаріального округу «13» лютого 2013 року за реєстровим №103 (надалі – «БАНК»), з однієї сторони, та Компанія «ЗУКК ТРЕЙДІНГ ЛІМІТЕД» (ZUKK TRADING LIMITED), юридична особа, яка зареєстрована і яка діє відповідно до законодавства Республіки Кіпр (далі по тексту «ІНВЕСТОР»), в особі довіреної особи Берзінса Гунтіса, з іншої сторони уклали цю Додаткову угоду № 2 від «09» серпня 2013 року до Договору інвестиційного банківського вкладу №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 від «29» жовтня 2012 року (надалі – «ДОГОВІР») про наступне:

1. Пункт 2.3. ДОГОВОРУ викласти в новій редакції:
«2.3. Датою повернення «ВКЛАДУ» є «25» грудня 2014 року.»

2. Пункт 4.1. ДОГОВОРУ викласти в новій редакції:
«4.1. «БАНК» нараховує та сплачує «ІНВЕСТОРУ» проценти за ставкою не менше ніж 11,5 (одинадцять цілих п'ять десятих) процентів річних.»

3. Нараховані проценти за грудень 2013 року Банк сплачує ІНВЕСТОРУ 31 грудня 2013р.

4. Додаткова угода є невід'ємною частиною Договору і набирає чинності з моменту її підписання та скріплення печатками Сторін.

5. Додаткова угода складена у двох

---

**PUBLIC JOINT STOCK COMPANY «BROKBUSINESSBANK»**

**Additional agreement #2 to the INVESTMENT AGREEMENT №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 as of October 29, 2012**

Kiev                    August 09, 2013

JSC «BROKBUSINESSBANK», a legal entity registered and acting under the laws of Ukraine, represented by the Head of Kiev Main Regional branch Sergiy Mygal acting under the Warrant #103 dated as of February 13, 2013, notarized by Marinichenko O., private notary of Kyiv City Notary District (hereinafter, referred to as the "BANK"), on the one part, and company "ZUKK TRADING LIMITED", a legal entity registered and acting under the laws of the Republic of Cyprus, (hereinafter referred to as the "INVESTOR") represented by Berzins Guntis on the other part, have entered into a present Additional agreement #2 to the INVESTMENT AGREEMENT №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 as of October 29, 2012 (hereinafter referred to as the "AGREEMENT") as follows:

1. Article 2.3. of the AGREEMENT shall be amended as follows:
"2.3. Repayment Date of the "INVESTMENT" is set on December 25, 2014"

2. Article 4.1. of the AGREEMENT shall be amended as follows:
"4.1. The BANK accrues and repays to the INVESTOR the interests at the rate – not less than 11,5 (eleven point five) percent per annum.

3. The interests accrued for December 2013 shall be repaid by the BANK to the INVESTOR on December 31, 2013.

4. Additional agreement is an integral part of the AGREEMENT and shall take effect upon its signing and sealing by the Parties.

5. Additional agreement drawn up in two

примірниках, які мають однакову юридичну силу, по одному для кожної із Сторін.

copies, each being equally valid, one for each party.

**Юридичні адреси і платіжні реквізити сторін**

**«БАНК»**

БАНК ПОСЕРЕДНИК:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Рахунок № ▇3719
БАНК ОТРИМУВАЧ:
АТ «Брокбізнесбанк»
03057, Україна, м. Київ,
проспект Перемоги, 41
SWIFT: BRBBUAUX

_____ **М.П.**

**С.М. Мигаль**
**Керуючий Київським головним**
**регіональним відділенням**
**АТ «Брокбізнесбанк»**

**«ІНВЕСТОР»**
**Отримувач: «ЗУКК ТРЕЙДІНГ ЛІМІТЕД»**
Адреса отримувача: Виронос, 24 П. Лордос Центр, Блок Б, Офіс №305 Лімасол, Кіпр.

**Банк отримувача:**
Україна, м. Київ, пр-т. Перемоги, 41
АТ «БРОКБІЗНЕСБАНК»,
код банку *(МФО)* 300249
**Рахунок отримувача:**
№ ▇3001

_____ **М.П.**

**Берзінс Гунтіс**
**Довірена особа**
**ЗУКК ТРЕЙДІНГ ЛІМІТЕД**

**Legal Addresses**
**and Bank Details of the Parties**
**« BANK»**

INTERMEDIARY BANK:
Deutsche Bank Trust Company Americas
SWIFT: BKTRUS33
Account # ▇3719
BENEFICIARY BANK:
JSC «BROKBUSINESSBANK»
Peremohy ave., 41
03057 Kiev, Ukraine
SWIFT: BRBBUAUX

_____ Seal

**S. Mygal**
**Head of Kiev Main Regional branch**
**JSC «BROKBUSINESSBANK»**

**«INVESTOR»**
**Beneficiary: ZUKK TRADING LTD**
Beneficiary's address: Vyronos, 24 P.LORDOS CENTER, BLOCK B, Office 305 Limassol, Cyprus.

**Beneficiary's Bank:**
JSC « BROKBUSINESSBANK»
Kiev, Ukraine
SWIFT: BRBBUAUX
**Beneficiary's Account**
# ▇3001

_____ Seal

**Berzins Guntis**
**Authorized representative**
**ZUKK TRADING LTD**

**300249 - АТ "БРОКБІЗНЕСБАНК"**

26.03.2014  17:03:58

**Виписка по особовому рахунку №**⬛⬛⬛**3109 за період з 01.01.2014 по 25.03.2014**

840    Долар США

*ДОВГОСТР.ДЕП.НЕР.-ІНВ.КОМП."ЗУКК ТРЕЙДІНГ ЛІМІТЕ\*
ЄДРПО

| | | |
|---|---|---|
| | Поперед. пров.: | 09.11.2012 |
| | Поперед. пров. екв.: | 09.11.2012 |
| **Залишок на початок періоду** | | 35 000 000,00 |
| **Екв.:** | | 279 755 000,00 |

Курс НБУ на 07.02.2014 : 870,8000 за 100
Курс НБУ на 10.02.2014 : 852,8200 за 100
Курс НБУ на 11.02.2014 : 855,3200 за 100
Курс НБУ на 12.02.2014 : 855,0700 за 100
Курс НБУ на 14.02.2014 : 863,0900 за 100
Курс НБУ на 17.02.2014 : 864,0500 за 100
Курс НБУ на 18.02.2014 : 864,5800 за 100
Курс НБУ на 19.02.2014 : 868,6900 за 100
Курс НБУ на 20.02.2014 : 878,5200 за 100
Курс НБУ на 21.02.2014 : 883,8000 за 100
Курс НБУ на 24.02.2014 : 893,8000 за 100
Курс НБУ на 25.02.2014 : 903,7700 за 100
Курс НБУ на 26.02.2014 : 942,6900 за 100
Курс НБУ на 27.02.2014 : 951,7900 за 100
Курс НБУ на 28.02.2014 : 998,6300 за 100
Курс НБУ на 03.03.2014 : 969,9400 за 100
Курс НБУ на 04.03.2014 : 999,2400 за 100
Курс НБУ на 05.03.2014 : 972,4100 за 100
Курс НБУ на 06.03.2014 : 944,8900 за 100
Курс НБУ на 07.03.2014 : 938,7900 за 100
Курс НБУ на 11.03.2014 : 923,5900 за 100
Курс НБУ на 12.03.2014 : 929,7500 за 100
Курс НБУ на 13.03.2014 : 928,2300 за 100
Курс НБУ на 14.03.2014 : 947,5900 за 100
Курс НБУ на 17.03.2014 : 960,0700 за 100
Курс НБУ на 18.03.2014 : 975,6800 за 100
Курс НБУ на 19.03.2014 : 995,9800 за 100
Курс НБУ на 20.03.2014 : 991,7800 за 100
Курс НБУ на 21.03.2014 : 1 010,9200 за 100
Курс НБУ на 24.03.2014 : 1 019,6500 за 100
Курс НБУ на 25.03.2014 : 1 037,6200 за 100

| | | |
|---|---|---|
| **Оброти за період:** | 0,00 | 0,00 |
| **Еквівалент:** | 44 901 500,00 | 128 313 500,00 |
| **Залишок по закінченню періоду** | | 35 000 000,00 |
| **Екв.:** | | 363 167 000,00 |

АТ "БРОКБІЗНЕСБАНК"
МФО 300249
Ідент. код 19357489
Київське головне
регіональне відділення
Відп. виконавець №30

**Виконавець: Степаненко Тетяна Вікторівна**

1/1