UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21CV20019

Oleg Zhukovskiy

    Plaintiff,

v.

National Bank of Ukraine

    Defendants,

FILED BY _____ D.C.
JAN 27 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 27th day of January 2021, (*summons and complaint*) have been mailed via International Service to:

Defendant: National Bank of Ukraine
St. Institutskaya, 9
Kyiv-8, 01601, Ukraine

Country: Ukraine

Article number: 804296711532

DONE at the Federal Courthouse Square, Miami, Florida, this 4th day of November, 2014.

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

c:   U.S. District Judge
       All counsel of record

# FedEx International Air Waybill

RETAIN THIS COPY FOR YOUR RECORDS

**1 From** Please print and press hard.
- Date: 1/27/21
- Sender's FedEx Account Number: 386830347
- Sender's Name: CLERK OF COURTS
- Phone:
- Company: WILKIE D. FERGUSON, JR. U.S. COURTHOUSE
- Address: US DISTRICT COURT, SOUTHERN DISTRICT OF FLA.
- Address: 400 NORTH MIAMI AVENUE
- City: MIAMI
- State/Province: FL
- ZIP/Postal Code: 33128
- Country: USA

**2 To**
- Recipient's Name: NATIONAL BANK OF UKRAINE
- Phone:
- Company:
- Address: ST. INSTITUTSKAYA, 9
- Dept./Floor:
- Address:
- City: KYIV-8
- State/Province:
- ZIP/Postal Code: 01601
- Country: UKRAINE

**3 Shipment Information**
- Total Packages: 1
- Total Weight:

**4 Express Package Service**
- ☑ FedEx Int'l. Priority

**5 Packaging**
- ☑ FedEx 10kg Box

**7 Payment** Bill transportation charges to:
- ☑ Sender

**9 Required Signature** (signed)

FedEx Tracking Number: 8042 9671 1532

Form ID No. 0402

568

PACKAGE LABEL  804296711532
COMMERCIAL INVOICE LABEL  804296711532
DELIVERY RECORD LABEL  804296711532
DELIVERY REATTEMPT LABEL  804296711532

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of FLORIDA

| | |
|---|---|
| OLEG ZHUKOVSKIY<br>*Plaintiff(s)*<br>v.<br><br>NATIONAL BANK OF UKRAINE<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED BY ___ D.C.
JAN 27 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

1:21-cv-20019-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NATIONAL BANK OF UKRAINE
ST. INSTITUTSKAYA, 9
KYIV-8, 01601
UKRAINE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: HAROLD E. PATRICOFF, ESQ.
SHUTTS & BOWEN, LLP
200 S. BISCAYNE BLVD., SUITE 4100
MIAMI, FLORIDA 33131
305-379-9189

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

s/ C.Davis
_____
Deputy Clerk
U.S. District Courts

Date: Jan 6, 2021

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of FLORIDA

OLEG ZHUKOVSKIY )
)
Plaintiff(s) )
v. ) Civil Action No. 1:20-CV-20019-JEM
)
NATIONAL BANK OF UKRAINE )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NATIONAL BANK OF UKRAINE
ST. INSTITUTSKAYA, 9
KYIV-8, 01601
UKRAINE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: HAROLD E. PATRICOFF, ESQ.
SHUTTS & BOWEN, LLP
200 S. BISCAYNE BLVD., SUITE 4100
MIAMI, FLORIDA 33131
305-379-9189

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Вер. 06/12) Повідомлення про цивільний позов

# ОКРУЖНИЙ СУД
# СПОЛУЧЕНИХ ШТАТІВ
Південного округу штату Флорида

| | |
|---|---|
| ОЛЕГ ЖУКОВСЬКИЙ, | )<br>)<br>)<br>) |
| _Позивач(і)_ | ) |
| проти | ) Цивільний позов № 1:20-CV-20019-JEM |
| НАЦІОНАЛЬНИЙ БАНК УКРАЇНИ | )<br>)<br>)<br>) |
| _Відповідач(і)_ | ) |

## ПОВІДОМЛЕННЯ ПРО ЦИВІЛЬНИЙ ПОЗОВ

Кому: _(Ім'я та адреса Відповідача)_   НАЦІОНАЛЬНИЙ БАНК УКРАЇНИ
вул. Інститутська, 9
Київ-8, 01601
УКРАЇНА

Проти вас подано позов.

Протягом 21 дня після вручення вам цього повідомлення про позов (не враховуючи дня, коли ви його отримали) — або протягом 60 днів, якщо ви є резидентом або агентством Сполучених Штатів Америки, чи посадовою особою або працівником в Сполучених Штатах Америки, описані в Федеральному правилі цивільного судочинства № 12 (а)(2) або (3) — ви повинні надати позивачу відповідь на доданий позов або клопотання відповідно до Правила 12 Федеральних правил цивільного судочинства. Відповідь або клопотання повинні бути надіслані позивачу або повіреному позивача, ім'я та адреса якого вказані нижче:

ХЕРОЛД Е. ПЕТРІКОФ, ЕСК.
ШУТС ЕНД БОУЕН ЛЛП
200 ПІВДЕННИЙ БІСКЕЙН
БУЛЬВАР, ОФІС 4100
МАЙАМІ, штат ФЛОРИДА 33131
305-379-9189

Якщо ви не зможете надати відповідь, проти вас буде винесено заочне рішення щодо задоволення вимоги, що зазначена у позові. Ви також повинні надати свою відповідь або клопотання до суду.

СЕКРЕТАР СУДУ

Дата: _____     _____
_Підпис секретаря або заступника секретаря_

Переклад тексту цього документа з англійської мови на українську мову виконано перекладачем бюро перекладів «Анна Світ» Горбик Майєю Євгеніївною.

Підпис: _____

Директор ПП БП „Анна Світ"
Ліпов Ю. І. _____

Прошито, пронумеровано та скріплено печаткою _____ 4 _____ аркушів.